IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN THE MATTER OF: | CASE NO: **19-07484-EAG** |
| **JOAN SANTIAGO SANTOS** | CHAPTER: **13** |
| **Debtor** | |

First Bank Puerto Rico
Movant

JOAN SANTIAGO SANTOS
Debtor-Respondent

José Ramón Carrión Morales
Trustee

## MOTION FOR RELIEF FROM STAY PURSUANT TO 11 U.S.C. 362

TO THE HONORABLE COURT:

COMES NOW MOVANT, **Firstbank Puerto Rico,** ("Firstbank"), through the undersigned

counsel, and very respectfully alleges and requests:

1.    JOAN SANTIAGO SANTOS hereinafter will be referred to as the "Debtor".

2.    Firstbank, a secured creditor in the above captioned case, has not been offered nor

provided adequate protection as required by section 362 of the Bankruptcy Code.

Consequently, Firstbank requests that the automatic stay be lifted in order to continue and/or

initiate mortgage foreclosure proceedings.

3.    In its pertinent part, Section 362 states that:

"(d) On request of a party in interest and after notice and hearing, the
court shall grant relief from stay provided under subsection (a) of this

section, such as by terminating, annulling, modifying, or conditioning such stay-

> (1) For cause, including the lack of adequate protection of an interest in property of such party in interest
> (2) With respect to a stay of an act against property under subsection(a) of this section, if---
>    A) The debtor does not have an equity in such property; and
>    B) Such property is not necessary to an effective reorganization".

4. Firstbank is the holder in due course of a mortgage note in the principal sum of **$136,451.00,** bearing interest at **4.500%** per annum (the "Note"). The indebtedness evidenced by the Note is secured by a mortgage executed before the notary public **FERNANDO RABELL ECHEGARAY, Esq.,** on **May 25, 2011**, deed number **112** (the "Mortgage"). Attached hereto as **Exhibit I** is a copy of the Note, as **Exhibit II** a copy of the Mortgage, and as **Exhibit III** a copy of a title search that evidences Firstbank's secured status.

5. The Mortgage encumbers the property described below in **Spanish** (hereinafter referred to as the "Property"), as follows:

> URBANA: Solar marcado con el número treinta del Bloque A del plano de inscripción de la urbanización Turabo Gardens, situada en el Barrio Cañaboncito de la municipalidad de Caguas, Puerto Rico, con una cabida superficial de trescientos treinta y siete metros cuadrados con cincuenta centímetros en lindes por el NORTE, en veinticinco metros con el solar número veintinueve; por el SUR en veinticinco metros con el solar número treinta y uno; por el ESTE, en trece metros cincuenta centímetros con la calle número treinta y dos; y por el OESTE, en trece metros cincuenta centímetros con el solar número treinta y siete. Contien una casa de concreto reforzado para una familia.

6. The Debtor's confirmed payment plan, at docket number 14 (the "Plan"), requires that monthly regular post-petition payments be made directly by the Debtor to Firstbank.

7.    The Debtor has not made the monthly installments due under the terms of the Note and the Mortgage. As of February 1, 2024, the Debtor had accrued a total of **20** post-petition installments and 19 late charges in arrears amounting to **$16,580.74** plus $2,416.65 in legal or mortgage fees and costs for the total amount of **$18,997.39** due to Firstbank. Refer to **Exhibit IV** attached hereto, which includes an itemized statement of the arrearage.

8.    The Debtor's failure to make payments due under the Mortgage, results in the Debtor's material default with the terms of the Plan.

9.    Firstbank has not been offered and does not have adequate protection for the above-mentioned security interest.  Moreover, the Debtor has failed to make post-petition payments as called for under the terms of the Plan. Consequently, "cause" exists to lift the automatic stay.

10.    In view of the foregoing, Firstbank respectfully requests that an order lifting the automatic stay pursuant to sections 362(d)(1) of the Bankruptcy Code be entered, enabling Firstbank to resume normal servicing of the loan, which may include collections, loss mitigation, and/or foreclosure activities. Upon stay being lifted in favor of Firstbank, Firstbank may exercise all rights and remedies with respect to the mortgage loan as well as to the property pursuant to the terms of the note, security instrument, and applicable bankruptcy and non-bankruptcy law.

11.    Firstbank filed secured proof of claim number **2-1** (the "POC"). Firstbank hereby requests that the POC be deemed withdrawn or the disbursements be discontinued, if the remedy herein requested is granted.

12.   Upon the entry of the relief order, Firstbank will no longer be filing any additional Notice of Payment Changes required by Rule 3002.1 (b) or any additional Post-Petition Fee Notifications required by Rule 3002.1 (c) in conjunction with the aforementioned loan/claim.

13.   Attached hereto as **Exhibit V** is the non-military service affidavit required for the entry of an order by default by the Servicemembers' Civil Relief Act, 50 USC Appx. §521.

<u>NOTICE TO ALL PARTIES IN INTEREST</u>

Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.  If no response is filed within the prescribed period of time the Court may enter an order granting the relief herein requested.

**WHEREFORE**, Firstbank respectfully requests that an order be entered granting the relief from the automatic stay pursuant to section 362 (d)(1) of the Bankruptcy Code, granting costs, expenses and attorney's fees to Firstbank and authorizing Firstbank to proceed with the foreclosure of the Mortgage against the Property, with such further relief as may be deemed just and proper.  Firstbank further requests that the POC be deemed withdrawn or the disbursements be discontinued and that Firstbank be released from the responsibility of filing Notice of Payment Changes and Post-Petition Fee Notifications.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 5 day of February, 2024.

**MARTINEZ & TORRES LAW OFFICES, P.S.C.**
P.O. Box 192938 San Juan, PR 00919-2938
Tel. (787) 767-8244 & Fax (787) 767-1183

*/s/ Sarah M. Vega Bonilla*
By: Sarah M. Vega Bonilla
USDC-PR 303503
Email: svega@martineztorreslaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: the Trustee José Ramón Carrión Morales and to debtor's/debtors' attorney, Roberto Figueroa Carrasquillo. I also hereby certify that a copy of the instant motion was also caused to be served by certified mail and/or regular mail (postage prepaid) to the:

(1) **Chapter 13 Trustee José Ramón Carrión Morales, Esq. @ PO Box 9023884 San Juan, PR 00902-3884; and,**

(2) **to Debtor's counsel, Roberto Figueroa Carrasquillo, Esq. @ PO BOX 186 CAGUAS, PR 00726-0186; and,**

(3) **to the Debtor JOAN SANTIAGO SANTOS @ URB TURABO GARDENS A30 32 STREET CAGUAS, PR 00727.**

**MARTINEZ & TORRES LAW OFFICES, P.S.C.**
P.O. Box 192938 San Juan, PR 00919-2938
Tel. (787) 767-8244 & Fax (787) 767-1183

*/s/ Sarah M. Vega Bonilla*
By: Sarah M. Vega Bonilla
USDC-PR 303503
Email: svega@martineztorreslaw.com

FHA CASE

**Exhibit I**

- - - - - - - - - - - - - - - - - - - - MORTGAGE NOTE - - - - - - - - - - - - - - - - - - -
- - - - - - - - - - - - - - - - - - - - PAGARE HIPOTECARIO - - - - - - - - - - - - - - - - - -

US $ 136,451.00

DATE: May 25, 2011
FECHA: 25 de mayo de 2011

1.  "Borrower" means each person signing at the end of this Note, and the
1.  "Deudor Hipotecario" significa cada persona que firma al final de este Pagaré y sus

person's successors and assigns. "Lender" means HISPANIA FINANCIAL SERVICES CORP.
sucesores y cesionarios. "Acreedor Hipotecario" significa HISPANIA FINANCIAL SERVICES CORP.

and its successors and assigns.--------------------------------------------------------------------
y sus sucesores y cesionarios.-----------------------------------------------------------------------

2.    In return for a loan received from Lender, Borrower promises to pay the
2.    A cambio de un préstamo recibido del Acreedor Hipotecario, el Deudor Hipotecario se obliga

principal sum of *ONE HUNDRED THIRTY SIX THOUSAND FOUR HUNDRED FIFTY ONE DOLLARS*-----------
a pagar la cantidad principal de *CIENTO TREINTA Y SEIS MIL CUATROCIENTOS CINCUENTA Y UN DOLARES*------

*AND ZERO CENTS* (U.S. $ 136,451.00), plus interest, to the order of the Lender. Interest ----
*CON CERO CENTAVOS* (U.S.$ 136,451.00), más intereses, a la orden del Acreedor Hipotecario. Se cargará----

will be charged on unpaid principal, from the date of disbursement of the loan----
intereses sobre el principal adeudado, desde la fecha en que al Acreedor Hipotecario desembolse el

proceeds by Lender, at the rate of *FOUR POINT FIVE* -----------------------------------
producto del préstamo a razón de *CUATRO PUNTO CINCO* -------------------------------------

per cent (4.5%) per year until the full amount of principal has been paid.--------
por ciento (4.5%) anual hasta que el principal haya sido totalmente pagado.--------------------

3.    Borrower's promise to pay is secured by a mortgage that is dated the same
3.    La obligación de pagar del Deudor Hipotecario está garantizada por una hipoteca, otorgada

date as this Note and called the "Security Instrument". The Security Instrument
en la misma fecha de este Pagaré, denominada "Hipoteca". La Hipoteca protege al Acreedor

protects the Lender from losses which might result if Borrower defaults under
Hipotecario de pérdidas que podrían resultar si el Deudor Hipotecario incumpliere con los términos

this Note.--------------------------------------------------------------------------------------
de este Pagaré.--------------------------------------------------------------------------------------

4.    (A) Borrower shall make a payment of principal and interest to Lender on the
4     (A)  El Deudor Hipotecario hará un pago de principal más intereses, al Acreedor Hipotecario

first day of each month beginning on *July 1, 2011*. Any principal and interest ----
el primer día de cada mes,. comenzando en *julio de 2011*. Cualquier principal más intereses adeudados-

remaining on the first day of June, *2041*, will be due on that date, which is called----
al día primero de *junio del 2041*, vencerá en esa misma fecha que es denominada la fecha de -------

the maturity date.----------------------------------------------------------------------------------
vencimiento,------------------------------------------------------------------------------------------

      (B)  Payment shall be made at the address notified to Borrower at closing or
      (B)  El pago será efectuado en la dirección notificada al Deudor Hipotecario en el cierre o

at such place as Lender may designate in writing by notice to Borrower.----------
en cualquier otro lugar que el Acreedor Hipotecario designe por escrito con notificación al Deudor

--------------------------------------------------------------------------------------------------
Hipotecario.--------------------------------------------------------------------------------------

      (C)  Each monthly payment of principal and interest will be in the amount of
      (C)  Cada pago mensual de principal más intereses será por la cantidad de---------------------

*SIX HUNDRED NINETY ONE DOLLARS AND THIRTY EIGHT CENTS.*--------------------------------------
*SEISCIENTOS NOVENTA Y UN DOLARES CON TREINTA Y OCHO CENTAVOS.*----------------------------------

*(U.S.$ 691.38).*---------------------------------------------------------------------------------
*(U.S.$ 691.38)* .--------------------------------------------------------------------------------

This amount will be part of a larger monthly payment required by the Security
Esta cantidad es parte de un pago mensual mayor, requerido por la Hipoteca que será aplicado al

Instrument, that shall be applied to principal, interest and other items in the
principal, intereses y a otros conceptos en el orden descrito en la Hipoteca.----------------------

order described in the Security Instruments.-------------------------------------------------
-------------------------------------------------------------------------------------------------

5.    Borrower has the right to pay the debt evidenced by this Note, in whole or
5.    El Deudor Hipotecario tiene el derecho de pagar la deuda evidenciada por este Pagaré, total

in part, without charge or penalty, on the first day of any month. Lender shall
o parcialmente, sin recargo ni penalidad, el primer día de cualquier mes. El Acreedor Hipotecario

accept prepayment on other days provided that Borrower pays interest on the
aceptará el prepago cualquier otro día siempre que el Deudor Hipotecario pague intereses en la

amount prepaid for the remainder of the month to the extent required by Lender
cantidad prepagada por el resto del mes requerido por el Acreedor Hipotecario y permitido por la

and permitted by regulations of the Secretary. If Borrower makes a partial
reglamentación del Secretario. Si el Deudor Hipotecario hace prepagos parciales, no habrá cambios

prepayment, there will be no changes in the due date or in the amount of monthly
en la fecha de vencimiento o la cantidad de pago mensual a menos que el Acreedor Hipotecario acepte

payment unless Lender agrees in writing to those changes.-----------------------------
los cambios por escrito.-------------------------------------------------------------------------

6.    (A) If Lender has not received the full monthly payment required by the
6.    (A) Si el Acreedor Hipotecario no hubiere recibido el pago total mensual requerido por la

Security Instrument, as described in Paragraph 4(C) of this Note, by the end of
Hipoteca, tal como se describe en el párrafo 4(C) de este Pagaré, al cabo de quince (15) días

fifteen (15) calendar days after the payment is due, Lender may collect a late
calendarios después del vencimiento del pago, el Acreedor Hipotecario podrá cobrar un recargo

charge in the amount of four percent (4.00%) of the overdue amount of each
por demora en la cantidad de un cuatro por ciento (4.00%) de la suma atrasada de cada pago.

payment.--------------------------------------------------------------------------------------
-------------------------------------------------------------------------------------------------

      (B) If Borrower defaults by failing to pay in full any monthly payment, then
      (B) Si el Deudor Hipotecario incumpliere por no efectuar el pago completo de cualquier pago

Lender may, except as limited by regulations of the Secretary in the case of
mensual, entonces, el Acreedor Hipotecario podrá, sujeto a las limitaciones reglamentarias del

payment defaults, require immediate payment in full of the principal balance
Secretario para el caso de incumplimiento por falta de pago, exigir el pago total inmediato del

remaining due and all accrued interest. Lender may choose not to exercise this
saldo impagado del principal y de todos los intereses acumulados. El Acreedor Hipotecario podrá

option without waiving its rights in the event of any subsequent default. In many
elegir no ejercitar esta opción sin renunciar a sus derechos en caso de cualquier incumplimiento

circumstances regulations issued by the Secretary will limit Lender's right to
subsiguiente. En muchas circunstancias las reglamentaciones emitidas por el Secretario limitan los

require immediate payment in full in the case of payment defaults. This Note does
derechos del Acreedor Hipotecario para exigir el pago total inmediato por incumplimiento en el pago

not authorize acceleration when not permitted by HUD regulations. As used in this
de plazos vencidos. Este Pagaré no autoriza la aceleración de su vencimiento cuando los reglamentos

Note, "Secretary" means the Secretary of Housing and Urban Development or his or
de HUD no lo permitan. Tal como se usa en este Pagaré, la palabra "Secretario" significa el

her designee.---------------------------------------------------------------------------------
Secretario del Departamento de Desarrollo Urbano y Vivienda de los Estados Unidos de América o su

-------------------------------------------------------------------------------------------------
representante.--------------------------------------------------------------------------------

(C) If Lender has required immediate payment in full, as described above, Lender
(C) Si el Acreedor Hipotecario ha exigido el pago total inmediato, según se describe

may require Borrower to pay costs and expenses including reasonable and customary
anteriormente, podrá requerirle al Deudor Hipotecario que pague costas y gastos, incluyendo

attorney's fees for enforcing this Note to the extent not prohibited by
honorarios de abogados razonables y acostumbrados hasta el máximo por la ley aplicable para

applicable law. Such fees and costs shall bear interest from the date of
exigir el cumplimiento de este Pagaré. Dichos honorarios, costas y gastos devengarán intereses,

disbursement at the same rate as the principal of this Note.------------------------
desde el día de su desembolso, al mismo tipo que el principal de este Pagaré.-----------------

7.     Borrower and any other person who has obligations under this Note waive the
7.     El Deudor Hipotecario y cualquier otra persona que esté obligada bajo este Pagaré, renuncian

rights of presentment and notice of dishonor. "Presentment" means the right to
a los derechos de presentación y aviso de rechazo. "Presentación" significa el derecho de

require Lender to demand payment of amounts due. "Notice of Dishonor" means the
requerirle al Acreedor Hipotecario que demande el pago de las cantidades vencidas. "Aviso de

right to require Lender to give notice to other persons that amounts due have
Rechazo" significa el derecho de requerirle al Acreedor Hipotecario notificar a otras personas que

not been paid.-----------------------------------------------------------------------
las cantidades vencidas no han sido pagadas.----------------------------------------------------

8.     Unless applicable law requires a different method, any notice that must be
8.     Salvo que el Derecho aplicable requiera un método distinto, cualquier notificación que deba

given to Borrower under this Note will be given by delivering it or by mailing it
hacerse al Deudor Hipotecario bajo este Pagaré se hará mediante entrega o por correo de primera

by first class mail to Borrower at the Property address below or at a different
clase, dirigida al Deudor Hipotecario, a la dirección de la Propiedad abajo indicada o a una

address if Borrower has given Lender a notice of Borrower's different address.---
dirección diferente, si el Deudor Hipotecario le ha notificado al Acreedor Hipotecario de una

-----------------------------------------------------------------------------------
dirección diferente.-----------------------------------------------------------------------------

Any notice that must be given to Lender under this Note will be given by
Cualquier notificación que se deba hacer al Acreedor Hipotecario bajo este Pagaré le será

first class mail to Lender at the address stated in Paragraph 4(B) or at a
hecha por correo de primera clase a la dirección expresada en el Párrafo 4(B) o a una dirección

different address if Borrower is given a notice of that different address.--------
diferente si al Deudor Hipotecario le ha sido notificada una dirección diferente.-----------------

9.     If more than one person signs this Note, each person is fully and personally
9.     Si más de una persona firma este Pagaré, cada una queda total y personalmente obligada a

obligated to keep all of the promises made in this Note, including the promise to
cumplir todos los compromisos contraídos en este Pagaré, incluyendo el de pagar la cantidad total

pay the full amount owed. Any person who is a guarantor, surety or endorser of
adeudada. Cualquier persona que sea garantizadora, fiadora o endosante de este Pagaré está también

this Note is also obligated to do these things. Any person who takes over these
obligada a cumplir lo estipulado. Cualquier persona que asuma estas obligaciones, incluyendo las

obligations, including the obligations of a guarantor, surety or endorser of this
obligaciones de un garantizador, fiador o endosante de este Pagaré, también está obligada a cumplir

Note, is also obligated to keep all of the promises made in this Note. Lender may
todos los compromisos contraídos en el mismo. El Acreedor Hipotecario podrá hacer valer sus

enforce its rights under this Note against each person individually or against
derechos bajo este Pagaré en contra de cada persona individualmente o en contra de todos los

all signatories together. Any one person signing this Note may be required to pay
signatarios conjuntamente. A cualquier suscribiente de este Pagaré le podrá ser requerido el pago

------------------------------------------------------------------------------------

all of the amounts owed under this Note.--------------------------------------------
de todas las cantidades adeudadas bajo el mismo.-----------------------------------

BY SIGNING BELOW, Borrower accepts and agrees to the terms and covenants
AL SUSCRIBIR este Pagaré el Deudor Hipotecario acepta y está de acuerdo con los términos y

contained in this Note.-----------------------------------------------------------
pactos contenidos en el mismo.-----------------------------------------------------

This Note is secured by a mortgage executed by Deed Number *"112"* of this
Este Pagaré está garantizado por Hipoteca constituida por la Escritura Número *"112"* otorgada

same date before the subscribing Notary.------------------------------------------
en esta misma fecha ante el Notario suscribiente.---------------------------------

In *Caguas*, Puerto Rico, on May *25, 2011.*
En *Caguas*, Puerto Rico, a 25 de mayo de 2011.

_____
JOAN SANTIAGO SANTOS

Borrower (s)
Deudor (es) Hipotecario (s)


Property Address:  A-30 32 ST., TURABO GARDENS V DEV., CAGUAS, PUERTO RICO 00725.
Dirección de la Propiedad: A-30 32 ST., TURABO GARDENS V DEV., CAGUAS, PUERTO RICO 00725.
Direccion Registral:  SOLAR #30 DEL BLOQUE "A", URBANIZACION TURABO GARDENS, BARRIO CAÑABONCITO,
CAGUAS, PUERTO RICO 00725.


Affidávit Number:-- 6171--
Affidávit Número: -- 6171 --


----Acknowledged and subscribed before me by the above signatories, of the
----Reconocido y suscrito ante mí por los arriba firmantes, de las circunstancias personales

personal circumstances contained in the Mortgage deed hereinbefore described,
que se relacionan en la antes descrita escritura de hipoteca, y a quienes he identificado según

whom I have identified as expressed also in said deed, signed in the place and
se expresa en la misma escritura, firmado en el sitio y fecha arriba indicado.--------------------

date above stated.----------------------------------------------------------------
----------------------------------------------------------------------------------

_____
NOTARY PUBLIC
Notario Público


PAY TO THE ORDER OF
FIRSTBANK PUERTO RICO
Without Recourse
HISPANIA FINANCIAL SERVICES CORP.
By: Luis R. Márquez

Pay to the order of:

Without Recourse
FirstBank Puerto Rico
By: Gabriel Rodríguez, Manager

**Exhibit II**

Yo certifico que este documento es copia simple, fiel y exacta del documento original permanentemente incluido y que forma parte de mi protocolo y de la copia certificada presentada para inscripción.





FHA CASE NO.

---NUMBER: ONE HUNDRED TWELVE (112) ------------------------------
---Número: CIENTO DOCE (112) ------------------------------------------

----------------------F I R S T   M O R T G A G E------------------
----------------------PRIMERA   HIPOTECA----------------------------

---In Caguas --------------------------------------------, Commonwealth of Puerto
---En Caguas------------------------------------------------, Estado Libre Asociado de

Rico, this twenty five (25)-------------------------- day of May, two thousand
Puerto Rico, el día veinticinco (25)-------------------------de mayo de dos mil once

eleven (2011) -------------------------------------------------------------------
(2011) -----------------------------------------------------------------------------

----------------------B E F O R E   M E----------------------------
----------------------A N T E   M Í --------------------------------

---FERNANDO RABELL ECHEGARAY, Notary Public in----------------
---FERNANDO RABELL ECHEGARAY, Notario Público de-------------

Puerto Rico, with offices at San Juan, Puerto Rico ---------------------------
Puerto Rico, con oficinas en San Juan, Puerto Rico ------------------------------

and residence in Guaynabo, Puerto Rico.-------------------------------------
y residencia en Guaynabo, Puerto Rico.-----------------------------------------

----------------------------A P P E A R-----------------------------
----------------------------C O M P A R E C E N--------------------

---The   parties   mentioned   in   Paragraphs   Ninth   and
---Las   partes   nombradas   en   los   Párrafos   Noveno   y   Décimo   de   esta

Tenth       of       this       Deed,   hereinafter   called   the   "Bor-
Escritura,       denominadas       de   aquí   en   adelante   "Deudor Hipotecario"

rower"   and   the   "Lender",   whose   personal   circum-
Y   "Acreedor Hipotecario",   cuyas   circunstancias   personales   apa-

stances   are   set   forth   in   said   paragraphs. -----------
recen   en   dichos   párrafos. -----------------------------------------

---The   appearing   parties   assure   me   that   they   are
Asegúranme   los   comparecientes   hallarse   en   el   pleno   goce   de   sus

in   the   full   exercise   of   their   civil   rights   without
derechos   civiles,   sin   que   me   conste   nada   en   contrario,   y

anything   to   the   contrary   being   known   to   me,   and
teniendo   a   mi   juicio   la   capacidad   legal   necesaria   para   este

being   in   my   judgment   legally   competent   to   execute
otorgamiento,       libremente

this   document,       they   freely----------------------------

----------------S T A T E   A N D   C O V E N A N T--------------
----------------------D E C L A R A N   Y   C O N V I E N E N----------

FIRST: That   the   Borrower   is   the   owner   of   the
PRIMERO:   Que   el   Deudor Hipotecario   es   dueño   de   la   propiedad   o

Property   or   properties   described   in   Paragraph
propiedades   descritas   en   el   Párrafo   Octavo   de   esta   Escritura,

Eighth   of   this   Deed,   hereinafter   called   the   "Prop-
denominada   en   lo   sucesivo   la   "Propiedad"   y   tiene   el   derecho

erty"   and   has   the   right   to   mortgage   the   Property;
de   hipotecar   la   Propiedad;   que   la   Propiedad   está   libre   de

Page 1 of 31 pages                    Puerto Rico Revised Form August 1996

that the Property is unencumbered, except for
cargas y gravámenes, excepto por las cargas inscritas y que el

encumbrances of record and that the Borrower will
Deudor Hipotecario garantizará y defenderá su título a la Pro-

warrant and defend the title to the Property
piedad contra toda reclamación y demanda. ------------------------

against all claims and demands. ----------------------
-----------------------------------------------------------------

SECOND: That as evidence of a loan received from
SEGUNDO: Que como evidencia de un préstamo recibido del Acree-

Lender, the Borrower as of this date has sub-
dor Hipotecario, el Deudor Hipotecario ha suscrito en esta

scribed a promissory note in the sum of ONE HUNDRED THIRTY SIX THOUSAND
FOUR HUNDRED FIFTY ONE DOLLARS AND ZERO CENTS-------------------

misma fecha un pagare por la suma de CIENTO TREINTA Y SEIS MIL
CUATROCIENTOS CINCUENTA Y UN DOLARES CON CERO CENTAVOS---

Dollars (US $--136,451.00-------------------------- ) with interest at------------------
Dólares (US$-- 136,451.00------------------------------) con intereses a razón del

the rate of FOUR POINT FIVE (4.5%) -------------------------- percent --------------------
CUATRO PUNTO CINCO por ciento (4.5%) anual,----------------------

-------------------------------- per annum until the total satisfaction
hasta el saldo total del mismo, pagadero a favor de ------------------

of the same, payable to HISPANIA FINANCIAL SERVICES CORP --------------------
HISPANIA FINANCIAL SERVICES CORP. o a su orden y

--of its order, the principal----------------------
pagadero el principal e intereses en plazos mensuales -------------

and interest being payable in monthly installments of SIX HUNDRED NINETY ONE
DOLLARS AND THIRTY EIGHT CENTS -------------------------------

de SEISCIENTOS NOVENTA Y UN DOLARES CON TREINTA Y OCHO---------
CENTAVOS -------------------------------------------------

Dollars (US $ 691.38----------- )commencing on the first----------------
Dólares (US $691.38------------------------- ) comenzando el día primero de

day of July--- ----------- ------------- of two thousand eleven -------------------

julio-------de dos mil once-------------------------------------------

(2011) and a like amount on the first day of each
(2011) e igual cantidad en cada uno de los días primero de

succeeding month until full payment of the debt,
cada mes subsiguiente hasta el pago total de la deuda, la cual

which if not paid earlier, will be totally due and
si no es pagada antes, será totalmente vencedera y pagadera el

payable on the first day of June, ----------------------------------------------- Two
primer día de junio-------------------------------------------------------del

Thousand Forty One (2041)-------------------------autenticated by-------------------

Dos Mil Cuarenta y Uno (2041) autenticado por el-------------------------

the authorizing Notary, as per Affidavit Number SIX THOUSAND ONE HUNDRED
SEVENTY ONE (6171)-------------------------------------------

Notario autorizante, bajo Afidávit Número SEIS MIL CIENTO SETENTA Y UNO (6171) - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

---THIRD: In order to guarantee the total and complete
TERCERO: Con el propósito de garantizar el total y complete

plete payment of the debt as evidenced by the
pago de la deuda que evidencia el pagaré descrito anteriormente,

above described promissory note, as well as each
así como todas y cada una de las condiciones que el mismo con-

and every one of the conditions therein contained
tiene, y para garantizar además tres sumas adicionales de ---

and to further secure three additional amounts of
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

THIRTEEN THOUSAND SIX HUNDRED FORTY FIVE DOLLARS AND ----------
TEN CENTS ($13,645.10)-------------------------------------------------------- each-----

TRECE MIL SEISCIENTOS CUARENTA Y CINCO DOLARES CON DIEZ cada una
CENTAVOS ($13,645.10)------------------------------------------------------ ---

which are stipulated to cover (a) interest in ad-
que se fijan para cubrir (a) intereses además de los garanti-

dition to those secured by law, (b) the amount
zados por la ley, (b) la suma que el deudor se oblige a satis-

which the debtor undertakes to pay as a liquidated
facer como suma líquida sin necesidad de liquidación y apro-

amount without necessity for liquidation and ap-
bación por el tribunal para costas, gastos y y honorarios de

proval by the court to cover costs, expenses and
abogado para el caso de que el tenedor del pagare tome acción

attorney's fees in the even the holder, of the
judicial en ejecución de hipoteca y (c) cualesquiera otros ade-

Note has to take recourse to foreclose or judicial
lantos que puedan hacerse dentro de este contrato además de las

collection, and (c) any other advances that may be
cantidades que el pagaré express, el Deudor Hipotecario por la

made under this contract in addition to the
presente constituye una Primera Hipoteca (Hipoteca) sobre la

amounts stated in the Note, the Borrower hereby
Propiedad que ha sido descrita en el Párrafo Octavo, incluyendo

Constitutes a First Mortgage (Security Instrument)
todas sus edificaciones, maquinarias, instalaciones y cualquier

on the Property described in paragraph Eighth
otro edificio o edificios y estructuras que se construyan en la

including of its buildings, machinery, in-
Propiedad así como cualquier otra maquinaria o instalaciones

stallations and any other building or buildings
que se coloquen en la Propiedad o en los edificios que existan

and structures that may be constructed on it as
en la misma, o que sean construídas allí en el futuro, durante

well as any other machinery or installations that
la vigencia de esta Hipoteca, incluyendo todos sus usos, servi-



Puerto Rico Revised Form August 1996

may be placed on the Property or in the buildings
dumbres y demás pertenencias, así como sus rentas y productos

existing on the same or which may be constructed
de las mismas y todos los aparatos e instalaciones de cualquier

thereon in the future, during the period of time
clase para suplir y distribuir calor, refrigeración, alumbrado,

that the mortgage is in effect, including all of
calefacción, agua o energía y todo el servicio e instalaciones

its uses, servitudes and other appurtenances, as
necesarias instaladas o que se instalen en el futuro en la Pro-

well as its rents and the product of the same and all
piedad y en general sobre todo derecho de propiedad, título e interés

apparatus and installations of any kind for the fur-
que tenga el otorgante sobre la Propiedad. --------------------------

nishing and distribution of heat, refrigeration, light,
water or power and all the services and necessary

installations presently installed upon or which may
------------------------------------------------------------------------

be in the future installed upon the Property and in
------------------------------------------------------------------------

general upon all of the Property rights, title and
------------------------------------------------------------------------

interest that the executing party may have in the
------------------------------------------------------------------------

Property. -------------------------------------------------------------

**FOURTH:** Borrower and Lender further covenant and agree
**CUARTO:** El Deudor Hipotecario y el Acreedor Hipotecario pactan

as follows: -----------------------------------------------------------
y convienen, además: --------------------------------------------------

---1. Payment of Principal, Interest and Late Charge.
---1. Pago de Principal, Intereses y Recargos por Demora. El Deudor

Borrower shall pay when due the principal of, and
Hipotecario pagará puntualmente, a su vencimiento, el principal

interest on the debt evidenced by the Note and late
más los intereses sobre la deuda evidenciada por el Pagaré y los

charges due under the Note. --------------------------
recargos por demora adeudados conforme al Pagaré. --------------------

---2. Monthly Payment of Taxes, Insurance and Other
---2. Pago Mensual de Contribuciones, Seguros y Otros Cargos.

Charges. Borrower shall include in each monthly pay-
El Deudor Hipotecario incluirá con cada pago mensual, junto con

ment, together with the principal and interest as set
el principal e intereses pactados en el Pagaré y cualquier recargo

forth in the Note and any late charges, a sum of
por demora adeudado, una suma para (a) contribuciones tasadas o

(a) taxes and special assessments levied or to be
impuestas o a ser tasadas o impuestas sobre la Propiedad, (b) pagos

levied against the Property, (b) leasehold payments
de cánones de arrendamiento o de renta para el terreno donde ubica

or ground rents on the Property, and (c) premiums for
la Propiedad, y (c) primas de seguro requeridas en el Párrafo 4

insurance required under Paragraph 4. In any year
En cualquier año en que el Acreedor Hipotecario deba pagar una

in which the Lender must pay a Mortgage Insurance
prima de seguro al Secretario de ------------------------------------

premiun to the Secretary--------------------------------

of Housing and Urban Development ("Secretary"), or
Desarrollo Urbano y Vivienda ("Secretario"), o en cualquier año

in any year in which such Premium would have been
en que dicha prima pudiese ser requerida si el Acreedor Hipote-

required if Lender still hold the Security Instru-
cario aún es el tenedor del Instrumento Garantizador, cada pago

ment, each monthly payment shall also include
mensual incluirá cualquier de: (i) una suma igual a la prima

either: (i) a sum for the annual mortgage insur-
de seguro anual a ser pagada por el Acreedor Hipotecario al

ance premium to be paid by Lender to the Secre-
Secretario, o (ii) un cargo mensual en lugar de la prima de

tary, or (ii) a monthly charge instead of a mort-
seguro si el Instrumento Garantizador retenido por el Secreta-

gage insurance Premium if this Security Instrument
rio es una suma razonable determinada por el Secretario

is held by the Secretary, in a reasonable amount
Excepto por el cargo mensual impuesto por el Secretario, estos

to be determined by the Secretary. Except for the
conceptos se llamarán "Partidas de Plica" y los fondos

monthly charge lay the Secretary, these Items are
al Acreedor Hipotecario se llamarán. "Fondos en Plica". -----------

called "Escrow Items" and the sums paid to lender
------------------------------------------------------------------

are called "Escrow Funds". ----------------------------
------------------------------------------------------------------

--- Lender may, at any time, collect and hold
---El Acreedor Hipotecario podrá, en cualquier momento, cobrar

amounts for Escrow Items In an aggregate amount
y retener Partidas de Plica en una cantidad agregada que no

not to exceed the maximum amount that may be
excederá la suma máxima que pudiese ser requerida para la

required for Borrower's escrow account under the
cuenta de Plica del Deudor Hipotecario bajo el "Real Estate

Real Estate Settlement Procedures Act of 1974
Settlement Procedures Act" del 1974, 12 U.S.C. § 2601 et seq. y

12 U.S.C. § 2601 et seq. and Implementing regula-
sus Reglamentos, 24 C.F.R. Part 3500, según sean enmendados de

tion, 24 C.F.R. Part 3500, as they may be amended
tiempo en tiempo ("RESPA"), excepto que la reserva permitida



from time to time ("RESPA"), except that the
por RESPA para desembolsos no anticipados o desembolsos hechos

cushion or reserve permitted by RESPA, for unan-
con antericridad a la disponiblilidad de los fondos del Deudor

ticipated disbursement or disbursements made
Hipotecario en la cuenta no podrán estar basados en las canti-

efore the Borrower's payments are available in
dades vencidas para la prima de seguro de hipoteca. --------

the account may not be based con amounts due for
------------------------------------------------------------

the mortgage insurance premium. ----------------------

--- If the amounts held by Lender for Escrow Items
---Si las cantidades retenidas por el Acreedor Hipotecario para

exceed the amounts permitted to be held by RESPA,
las Partidas de Plica excedieran las cantidades permitidas por

Lender shall account to borrower for the excess
RESPA, el Acreedor Hipotecario dispondrá del exceso de los fon-

funds as required by RESPA. ------------------------------
dos en la forma requerida por RESPA. ------------------------

--- If the amounts of funds held by Lender at any
---Si los fondos retenidos por el Acreedor Hipotecario en cual-

time is not sufficient to pay the Escrow Items
quier momento no fuesen suficientes para pagar las Partidas

when due, Lender may notify the Borrower and re-
de Plica a su vencimiento, el Acreedor Hipotecario podrá noti-

quire Borrower to make up the shortage as permit-
ficar y requerir al Deudor Hipotecario pagar la diferencia

ted by RESPA. -------------------------------------------
según permitido por RESPA. --------------------------------

---The Escrow Funds are pledged as additional
---Los Fondos en Plica se pignoran como garantía adicional a

security for all sums secured by this Security
todas las sumas aseguradas por esta Hipoteca. Si el Deudor

Instrument. If Borrower tenders to Lender the
Hipotecario satisface al Acreedor Hipotecario dichas sumas,

full payment of all such sums, Borrower's account
la cuenta del Deudor Hipotecario se acreditará por el balance

shall be credited with the balance remaining for
pendiente en las partidas (a), (b) y (c) y cualquier plazo de

all installment items (a), (b) and (c) and any
prima de seguro que el Acreedor Hipotecario no ha sido obligado

mortgage insurance Premium installment that Lender
a pagar al Secretario, y el Acreedor Hipotecario reembolsará

has not become obligated to pay to the Secretary
prontamente el exceso de los fondos al Deudor Hipotecario

and lender shall promptly refund any excess funds
inmediatamente antes de la venta mediante la ejecución de la

to Borrower. Immediately prior to a foreclosure
hipoteca de la Propiedad o su adquisición por el Acreedor Hipo-

sale of the Property or its acquisition by Lender
tecario, la cuenta del Deudor Hipotecario deberá acreditarse

Borrower's account shall be credited with any bal-
con cualquier balance resultante de todas las partidas (a), (b)

ance remaining for all installments for items (a),
y (c). --------------------------------------------------

(b) and (c). --------------------------------------
--------------------------------------------------------------

---3. Application of Payments. All Payments under
---3. Aplicación de Pagos. Todos los pagos bajo los Párrafos
Paragraphs 1 and 2 shall be applied by Lender as
1 y 2 serán aplicados por el Acreedor Hipotecario como sigue:--

follows: ---------------------------------------------

---First, to the mortgage insurance premium to be
---Primero, a la prima del seguro hipotecario a ser pagada por

paid by Lender to the Secretary or to the monthly
al Acreedor Hipotecario al Secretario o al cargo mensual paga-

charge by the Secretary instead of the monthly
dero al Secretario en lugar de la prima mensual del seguro

mortgage insurance premium; --------------------------
hipotecario; ------------------------------------------

---Second, to any taxes, special assessments,
---Segundo, a cualquier tipo de contribuciones, impuestos

leasehold payments or ground rents, and fire,
especiales, cánones de arrendamiento o renta por el uso del

flood and other hazard insurance premiums, as
suelo donde ubica la Propiedad y las primas de seguro contra

required; ------------------------------------------
fuego, inundaciones y otros riesgos, según requeridas; ------

---Third, to interest due under the Note; ---------
---Tercero, a intereses vencidos conforme el Pagaré. ---------

---Fourth, to amortization of the principal of the
---Cuarto, a la amortización del principal del Pagaré; y-----

Note; and----------------------------------------
--------------------------------------------------------------

---Fifth, to late charges due under the Note. -----
---Quinto, a los recargos por demora adeudados conforme el

--------------------------------------------------------------
Pagaré.----------------------------------------------

---4. Fire, Flood and Other Hazard Insurance.
---4. Seguros Contra Fuego, Inundaciones y Otros Riesgos. El

Borrower shall insure all improvements on the
Deudor Hipotecario asegurará las mejoras ahora existentes o

Property, whether now in existence or subsequently
subsiguientemente edificadas sobre la Propiedad, contra ries-

erected, against any hazards, casualties and
gos, pérdidas y contingencias, incluyendo fuego, para los cua-

contingencies, including fire, for which Lender
les el Acreedor Hipotecario exige seguro. Dicho seguro será



requires insurance. This insurance shall be main-
mantenido en las cantidades y por los plazos que el Acreedor

tained in the amounts and for the periods that
Hipotecario requiera. El Deudor Hipotecario también asegurará

Lender requires. Borrower shall also insure all
las mejoras ahora existentes en la Propiedad o eregidas subsi-

improvements on the Property, whether now in
guientemente, contra pérdidas por inundaciones hasta donde lo

existence or subsequently erected, against loss by
requiera el Secretario. Todo seguro será proporcionado por

flood to the extent required by the Secretary)
compañías de seguro aprobadas por el Acreedor Hipotecario. Las

All insurance shall be carried with companies
pólizas de seguro y sus renovaciones serán retenidas por el

approved by Lender. The insurance policies and
Acreedor Hipotecario e incluirán cláusulas de pago por pérdidas

any renewals shall be held by Lender and shall
a favor de, y en forma aceptable al Acreedor Hipotecario. -------

include loss payable clauses in favor of, and in a
--------------------------------------------------------------------

form acceptable to, Lender. --------------------------
--------------------------------------------------------------------

---In the event of loss, Borrower shall give
---En caso de pérdida, el Deudor Hipotecario notificará de

Lender immediate notice by mail. Lender may make
inmediato por correo al Acreedor Hipotecario. El Acreedor

proof of loss if not made promptly by Borrower.
Hipotecario podrá presentar prueba de su pérdida si el Deudor

Each insurance company concerned is hereby autor-
Hipotecario no lo hiciere prontamente. Cada compañía de seguro

ized and directed to make payments for such loss
concernida queda por la presente autorizada y ordenada para que

directly to Lender, instead of to borrower and to
efectúe el pago por tales pérdidas directamente al Acreedor

Lender jointly. ------------------------------------------
Hipotecario en lugar de hacerlo al Deudor Hipotecario y al

--------------------------------------------------------------------
Acreedor Hipotecario conjuntamente. -----------------------

---All or any part of the insurance proceeds may
---Todo o cualquier parte del producto del seguro puede ser

be applied by Lender at its option, either (a) to
aplicado por el Acreedor Hipotecario, a opción suya, (a) a la

the reduction of the indebtedness under the Note
reducción de la deuda bajo el Pagaré y esta Hipoteca, primero a

and this Security Instrument, first to any delin-
las cantidades atrasadas, aplicado en el orden indicado en el

quent amounts applied in the order in Paragraph 3,
Párrafo 3 y luego al pre-pago de principal, o (b) a la restau-

and then to Prepayment of principal, or (b) to the
ración o reparación de la Propiedad damnificada. Cualquier

mines that requirement will cause undue hardship
causar problemas excesivos al Deudor Hipotecario, o a menos que

for Borrower, or unless extenuating circumstances
existan circunstancias atenuantes que estén fuera del control

exist which are beyond Borrower's control.
del Deudor Hipotecario. El Deudor Hipotecario deberá notificar

Borrower shall notify Lender of any extenuating
al Acreedor Hipotecario de cualquiera de estas circunstancias

circumstances. Borrower shall not commit waste or
atenuantes. El Deudor Hipotecario no causará menoscabo, ni

destroy, damage or substantially change the Prop-
destruirá, dañará ni sustancialmente alterará la Propiedad

erty or allow the Property to deteriorate, reason-
ni permitirá que la Propiedad se deteriore excepto por el uso y

abel wear and tear excepted. Lender may inspect
desgaste normal. El Acreedor Hipotecario podrá inspeccionar

the Property if the Property is vacant or aban-
la Propiedad si estuviese desocupada o abandonada o si hubiese

doned or the loan is in default. Lender may take
incumplimiento del préstamo. El Acreedor Hipotecario podrá

reasonable action to Project and preserve such
tomar aquella acción razonable que sea necesaria para proteger

vacant or abandoned Property. Borrower shall also
y cuidar dicha Propiedad desocupada o abandonada. El Deudor

be in default if Borrower, during the loan appli-
Hipotecario también estará en incumplimiento si durante el pro-

cation process, gave materially false or inaccu-
ceso de solicitar el préstamo hubiese dado al Acreedor Hipote-

rate information or statements to Lender (or
cario información o declaraciones materialmente falsas o in-

failed to provide Lender with any material info.-
exactas (o dejara de proveer al Acreedor Hipotecario informa-

mation) in connection with the loan evidenced by
ción pertinente o necesaria) en relación con el préstamo evi-

the Note, including, but not limited to, represen-
denciado por el Pagaré, incluyendo, pero sin limitarse a

tations concerning Borrower's occupancy of the
representaciones relacionadas con la ocupación por el Deudor

Property as a principal residence. ------------
Hipotecario de la Propiedad como su residencia principal. --------

---If this Security Instrument is on a leasehold,
---Si esta Hipoteca recae sobre un derecho de arrendamiento, el

Borrower shall comply with the provisions of the
Deudor Hipotecario cumplirá con los términos de dicho arrenda-

lease. If Borrower acquires fee title to the
miento. Si el Deudor Hipotecario adquiere título en pleno

Property, the leasehold and fee title shall not be
dominio sobre la Propiedad, el derecho de arrendamiento y el

merged unless Lender agrees to the merger in
título en pleno dominio no se consolidarán a menos que el

writing. ---------------------------------------

Acreedor Hipotecario dé su consentimiento por escrito. --------

---6. Condemnation. The proceeds of any award or
---6. Expropiación. El producto de cualquier laudo o reclama-

claim for damages, direct or consequential, in
ción por daños, directos, emergentes o resultaron, en relación

connection with any condemnation or other taking
con cualquier expropiación forzosa o por traspaso en lugar de

of any part of the Property, or for conveyance in
expropiación, quedan por la presente y serán pagados al

place of condemnation, are hereby assigned and
Acreedor Hipotecario hasta la cantidad total adeudada bajo el

Shall be paid to Lender to the extent of the full
Pagaré y esta Hipoteca. ------------------------------

amount of the indebtedness that remains unpaid
----------------------------------------------------

under the Note and this Security Instrument.
----------------------------------------------------

---Lender shall apply such proceeds to the reduc-
---El Acreedor Hipotecario aplicará dichos fondos a la reduc-

tion of the indebtedness under the Note and this
ción de la deuda bajo el Pagaré y esta Hipoteca, primero a

Security Instrument, first to any delinquent
Cualquier cantidad atrasada, en el orden dispuesto en el

amount applied in the order provided in Para-
Párrafo 3 y luego al propago del principal. Cualquier aplica-

graph 3, and then to prepayment of principal. Any
ción de los fondos al principal no extenderá ni pospondrá la

application of the proceeds to the principal shall
fecha de vencimiento de los pagos mensuales a que se hace

not extend or postpone the due date of the monthly
referencia en el Párrafo 2, ni cambiará la cantidad de dichos

payments, which are referred to in paragraph 2, or
pagos. Cualquier exceso en los fondos sobre la cantidad nece-

change the amount; of such payments. Any excess
para pagar la totalidad de la deuda bajo el Pagaré y esta

proceeds over an amount required to pay all out-
Hipoteca será pagado a la entidad con derecho a recibirlo. --

standing indebtedness under the Note and this
----------------------------------------------------

Security Instrument shall be paid to the entity
----------------------------------------------------

legally entitled thereto. ------------------------
----------------------------------------------------

---7. Charges to Borrower and Protection of
---7. Cargos al Deudor Hipotecario y Protección de los Dere-

Lender's Rights in the Property. Borrower shall
chos del Acreedor Hipotecario Sobre la Propiedad. El Deudor

pay all governmental or municipal charges, fines
Hipotecario pagará todo cargo, penalidad o impuesto guberna-



　　　　Puerto Rico Revised Form August 1996

and impositions that are not included in Para-
mental o municipal que no esté incluido en el Párrafo 2. El

graph 2. Borrower shall pay these obligations on
Deudor Hipotecario pagará dichas obligaciones a tiempo direc-

time directly to the entity which is owed the
tamente a la entidad a la cual se le adeude dicho pago. Si la

payment. If failure to pay would adversely affect
falta de pago afectase adversamente el interés del Acreedor

Lender's interest in the Property, upon Lender's
Hipotecario en la Propiedad, el Deudor Hipotecario, a solici-

request Borrower shall promptly furnish to Lender
tud del Acreedor Hipotecario, le suministrará prontamente los

receipts evidencing these payments. --------------
recibos que evidencien dichos pagos. --------------------------

---If Borrower fails to make these payments or the
---Si el Deudor Hipotecario no hace dichos pagos o los requeri-

payments required by Paragraph 2, or fails to per-
dos bajo el Párrafo 2, o deja de cumplir con algún otro pacto o

form any other covenants and agreements contained
convenio contenido en esta Hipoteca, o si existen un proce-

in this Security Instrument, or there is a legal
dimiento legal que pudiera afectar significativamente los

proceeding that may significantly affect Lender's
derechos del Acreedor Hipotecario sobre la Propiedad (tal como

rights in the Property (such as a proceeding in
un procedimiento de quiebra, de expropiación o para hacer valer

bankruptcy, for condemnation or to enforce laws of
las leyes o reglamentos), entonces, el Acreedor Hipotecario

regulations), then Lender may do and pay whatever
podrá hacer y pagar lo que sea necesario para proteger el valor

is necessary to Project the value of the Property
de la Propiedad y sus derechos sobre la misma, incluyendo el

and Lender's rights in the Property, including
pago de impuestos, seguro contra riesgos y otros renglones

payment of taxes, hazard insurance and other items
mencionados en el Párrafo 2. ---------------------------------

mentioned in Paragraph 2. -------------------------------------------
--------------------------------------------------------------------

---Any amounts disbursed by Lender under this
---Cualquier cantidad desembolsada por el Acreedor Hipotecario

Paragraph shall become an additional debt of
bajo este Párrafo se convertirá en una obligación adicional del

Borrower and be secured by this Security Instru-
Deudor Hipotecario y estará asegurada por esta Hipoteca.

ment. These amounts shall bear interest from the
Dichas cantidades devengarán intereses desde la fecha de desem-

date of disbursement at the Note's rate, and at
bolso, a la tasa del Pagaré y a opción del Acreedor Hipoteca-

the option of Lender shall be immediately due and
rio, advendrán vencederas y pagaderas inmediatamente. ------------

    Puerto Rico Revised Form August 1996

payable.

---Borrower shall promptly discharge any lien
---El Deudor Hipotecario liberará prontamente cualquier grava-

which has priority over this Security Instrument
men que tenga prioridad sobre esta Hipoteca a menos que el

unless Borrower: (a) agrees in writing to the
Deudor Hipotecario: (a) acuerde por escrito el pago de la

payment of the obligation secured by the lien in a
obligación que garantiza dicho gravamen de manera aceptable al

manner acceptable to Lender; (by contests in good
Acreedor Hipotecario; (b) dispute de buena fe si gravamen o se

faith the lien by, or defends against enforcement
defienda de la ejecución del gravamen en procesos legales que

of the Lien in legal proceedings which in the
en la opinión del Acreedor Hipotecario actúa para prevenir su

Lender's opinion operate to prevent the enforce-
ejecución; o (c) obtiene del portador del gravamen un acuerdo

ment of the lien; or (c) secures from the holder
satisfactorio al Acreedor Hipotecario subordinando el gravamen

of the lien an agreement satisfactory to Lender
a esta Hipoteca. Si el Acreedor Hipotecario determina que al-

subordinating the lien to this Security Instru-
guna parte de la Propiedad esta sujeta al gravamen de rango

ment. If Lender determines that any part of the
superior a esta Hipoteca, el Acreedor Hipotecario notificará

Property is subject to a lien which may attain
al Deudor Hipotecario la identificación del gravamen. El Deu-

priority over this Security Instrument, Lender may
dor Hipotecario satisfacerá el gravamen o tomara una o mas de

give Borrower a notice identifying the lien.
las acciones arriba mencionadas dentro de 10 días de la noti-

Borrower shall satisfy the lien or take one or
ficación.

more of the actions set forth above within 10 days

of the giving of notice.

---8. **Fees.** Lender may collect fees and charges
---8. **Honorarios.** El Acreedor Hipotecario podrá cobrar los

authorized by the Secretary.
honorarios y cargos autorizados por el Secretario.

---9. Grounds for Acceleration of Debt.
---9. Bases para la Aceleración de la Deuda.

(a) Default. Lender may, except as limited by
(a) Incumplimiento. El Acreedor Hipotecario podrá, sujeto

regulations issued by the Secretary in the case of
a las limitaciones contenidas en las reglamentaciones estable-



Puerto Rico Revised Form August 1996

payment defaults, require immediate payment in
cidas por el Secretario para el caso de incumplimiento de

full of all sums secured by this Security Instru-
pagos, requerir el pago total inmediato de todas las sumas

ment if: ----------------------------------------------------------------------------------
garantizadas por esta Hipoteca si: ----------------------------------------------------------

---(i) Borrower defaults by failing to pay in
---(i) El Deudor Hipotecario incumple al no pagar completa-

full any monthly payment required by this Security
mente cualquier pago mensual requerido por esta Hipoteca, en o

Instrument prior to or on the due date of the next
antes del vencimiento del pago mensual siguiente, o ----------------------------------------

monthly payment, or ------------------------------------------------------------------------
------------------------------------------------------------------------------------------

---(ii) Borrower defaults by failing, for a
-----(ii) El Deudor Hipotecario incumple al dejar de efectuar

period of thirty days, to perform any other obli-
durante un término de treinta días, cualquier otra obligación

gations contained in this Security Instrument. --------------------------------------------
contenida en esta Hipoteca. ---------------------------------------------------------------

---(b) Sale Without Credit Approval. Lender --------------------------------------------
---(b) Venta sin Aprobación de Crédito. El Acreedor Hipoteca-

shall, if permitted by applicable law (including
rio podrá, si fuera permitido por el derecho aplicable (inclu-

section 341(d) of the Garn-St. Germain Depository yendo la sección 341(d)
de la Ley Garn-St. Germain Depository

Institutions Act of 1982, 12 U.S.C. § 1701J-3(d)
Institutions Act de 1982, 12 U.S.C. § 1701j-3(d)) y con la pre-

and with the prior approval of the Secretary,
vía aprobación del Secretario, requerir el pago inmediato de la

require Immediate payment in full of all sums
totalidad de todas las sumas garantizadas por esta Hipoteca

secured by this Security Instrument if: ---------------------------------------------------
si: --------------------------------------------------------------------------------------

-----(i) All or part of the Property, or a bene-
---- (i) Todo o parte de la Propiedad, o una participación en

ficial interest in a trust owning all or part of
un fideicomiso dueño de todo o de parte de la Propiedad, es

the Property, is sold or otherwise transferred
vendida o de otra forma transferida por el Deudor Hipotecario

other than by devise or descent), and ----------------------------------------------------
excepto por legado o herencia), ----------------------------------------------------------

-----(ii) The Property is not occupied by the
-----(ii) La Propiedad no está ocupada por el comprador o

purchaser or grantee as his or her principal resi-
cesionario como su residencia principal o, de estarlo, si su

dence, or the purchaser or grantee does so occupy
crédito no ha sido aprobado de acuerdo con los requisitos del

the Property, but his or her credit has not been
Secretario.

approved in accordance with the requirements of

the Secretary.

---(c) No Waiver. If circumstances occur that
---(c) No Habrá Renuncia. Si ocurrieran circunstancias que

would permit Lender to require immediate payment
permitan al Acreedor Hipotecario requerir el pago total inme-

in full, but Lender does not require such payment
diato y no lo hiciera, el Acreedor Hipotecario no renuncia sus

Lender does not waive its rights with respect to
derechos respecto a eventos subsiguientes.

subsequent events.

---(d) Regulations of HUD Secretary. In many
---(d) Reglamentos del Secretario de HUD. En muchas circuns-

circumstances regulations issued by the Secretary
tancias los reglamentos emitidos por el Secretario limitarán

will limit Lender's rights, in the case of payment
los derechos del Acreedor Hipotecario, en el caso de incum-

default, to require immediate payment in full and
plimiento, para requerir el pago total inmediato y para proce-

to foreclose if not paid. This Security Instru-
der a la ejecución si no lo satisfacen. Esta Hipoteca no auto-

ment does not authorize acceleration or foreclo-
riza aceleración de pago o ejecución de hipoteca a menos que

sure if not permitted by regulations of the
ello sea permitido por los reglamentos del Secretario.

Secretary.

---(e) Mortgage not Insured. Borrower agrees
--- (e) Hipoteca No Asegurada. El Deudor Hipotecario conviene

that if this Security Instrument and the Note are
que si esta Hipoteca y el Pagaré por ella garantizado no fueran

not determined to be eligible for insurance under
elegibles para ser asegurados bajo la Ley Nacional de Vivienda

the National Housing Act within ninety (90) days
dentro de noventa (90) días desde esta fecha, el Acreedor

from the date hereof, Lender, may at its option
Hipotecario podrá requerir, a opción suya, el pago total inme-

require immediate payment in full of all sums
diato de todas las sumas garantizadas por esta Hipoteca. La

secured by this Security Instrument. A written
declaración por escrito de cualquier agente autorizado del

statement of any authorized agent of the Secretary
Secretario fechada con posterioridad de noventa (90) días de

dated subsequent to ninety (90) days from the date
la fecha de esta, negándose a asegurar esta Hipoteca y el

hereof, declining to insure this Security Instru-
Pagaré, se considerará prueba concluyente de tal inelegibi-

ment and the Note, shall be deemed conclusive



bilidad. No obstante lo anterior, esta opción no podrá ser
proof of such ineligibility. Notwithstanding the
ejercitada por el Acreedor Hipotecario cuando la no disponibi-

foregoing, this option may not be exercised by
lidad del seguro se deba únicamente a que dicho Acreedor

Lender when the unavailability of insurance is
Hipotecario no haya remitido al Secretario la prima del seguro

solely due to Lender's failure to remit a mortgage
hipotecario. -----------------------------------------------------------------
------------------------------------------------------------------------------------------

insurance premium to the Secretary. -------------------------------------
------------------------------------------------------------------------------------------

---10. **Reinstatement.** Borrower has a right to be
---10. **Reinstalación.** El Deudor Hipotecario tiene el derecho

reinstated if Lender has required immediate pay-
a que se le reinstale si el Acreedor Hipotecario le ha reque-

ment in full because of Borrower's failure to pay
rido el pago inmediato total debido a que el Deudor Hipotecario

an amount due under the Note or this Security
haya incumplido en el pago de cualquier suma adeudada bajo el

Instrument. This right applies even after fore-
Pagaré o esta Hipoteca. Este derecho aplica aun después de

closure proceedings are instituted. To reinstate
haberse iniciado procedimiento de ejecución. Para reinsta-

the Security Instrument, Borrower shall tender in
lar la Hipoteca, el Deudor Hipotecario deberá entregar, de una

a lump sum all amounts required to bring Borrow-
sola vez, todas las sumas requeridas para poner su cuenta al

er's account current including, to the extent they
día, incluyendo hasta donde sean obligaciones del Deudor Hipo-

are obligations of borrower under this Security
tecario bajo esta Hipoteca, costas de ejecución y honorarios

Instrument, foreclosure costs and reasonable and
de abogado razonables y acostumbrados y gastos propiamente

customary attorney's fees and expenses properly
asociados con el procedimiento de ejecución. Luego de la re-

associated with the foreclosure of the proceeding,
instalación por el Deudor Hipotecario, esta Hipoteca y las

Upon reinstatement by Borrower, this Security
obligaciónes que ella garantiza permanecerán en vigor como si

Instrument and the obligations that it secures
el Acreedor Hipotecario no hubiera requerido pago inmediato

shall remain in effect as if Lender had not
total. Sin embargo, el Acreedor Hipotecario no está obligado

required immediate payment in full. However,
a permitir la reinstalación si: (i) el Acreedor Hipotecario

Lender is not required to permit reinstatement if:
ya ha aceptado una reinstalación después de haber comenzado

(i) Lender has accepted reinstatement after the
un procedimiento de ejecución dentro de los dos años inme-

commencement of foreclosure proceedings within two

diatamente anteriores al comienzo del procedimiento de eje-

years immediately preceding the commencement of a
cución actual, (ii) la reinstalación impide una ejecución pos

current foreclosure proceeding, (ii) reinstatement
razones diferentes en el futuro, o (iii) la reinstalación habrá

will preclude foreclosure on different grounds in
de afectar adversamente el rango del gravamen creado por esta

the future, or (iii) reinstatement will adversely
Hipoteca. ------------------------------------------------

affect the priority of the lien created by this
--------------------------------------------------------------

Security Instrument. ----------------------------------------

---11.  Borrower  Not  Released;  Forbearance  by
---11.  Deudor  Hipotecario  No  Relevado;  Indulgencia  de  Morosi-

Lender  not  a  Waiver.  Extension  of  the  time  of
dad  por  el  Acreedor  Hipotecario  No  Constituye  Renuncia.  La

payment  or  modification  of  amortization  of  the
prórroga  de  la  fecha  de  pago,  la  modificación  de  la  amortiza-

sums  secured  by  this  Security  Instrument  granted
ción  de  las  sumas  aseguradas  por  esta  Hipoteca  concedidas  por

by  Lender  to  any  successor  in  interest  of  Borrower
el  Acreedor  Hipotecario  a  cualquier  sucesor  en  título  del  Deu-

shall  not  operate  to  release  the  liability  of  the
dor  Hipotecario  no  relevarán  de  responsabilidad  al  Deudor

original  Borrower  or  Borrower's  successors  in
Hipotecario  original  o  a  sus  sucesores  en  título.  No  se  regue-

interest.  Lender  shall  not  be  required  to  com-
rirá  del  Acreedor  Hipotecario  que  comience  procedimientos  en

mence  proceedings  against  any  successors  in  inter-
tra  cualquier  sucesor  en  título  ni  que  rehúse  extender  la  fecha

est  or  refuse  to  extend  time  for  payment  or  other-
de  pago  o  que  de  otra  forma  modifique  la  amortización  de  las

wise  modify  amortization  of  the  sums  secured  by
sumas  garantizadas  por  esta  Hipoteca  por  razón  de  cualquier

this  Security  Instrument  by  reason  of  any  demand
exigencia  del  Deudor  Hipotecario  original  o  de  sus  sucesores

made  by  the  original  Borrower  or  Borrower's  suc-
en  título.  Cualquier  indulgencia  del  Acreedor  Hipotecario  en

cessors  in  interest.  Any  forbearance  by  Lender  in
el  ejercicio  de  cualesquier  derecho  o  remedio  no  constituirá

exercising  any  right  or  remedy  shall  not  be  a
renuncia  ni  impedimento  para  el  ejercicio  de  cualesquiera  de

waiver  of  or  preclude  the  exercise  of  any  right  or
esos  derechos  y  remedios.  ----------------------------------

remedy. ------------------------------------------------------

---12.  Successors  and  Assings  Bound;  Joint  and
---12.  Sucesores  y  Cesionarios  Obligados;  Responsabilidad

Several  Liability;  Co-Signers.  The  covenants  and



Solidaria; Co-firmantes. Los pactos y convenios contenidos en

agreements of this Security Instrument shall bind
esta Hipoteca obligarán y beneficiarán a los sucesores y cesio-

and benefit the successors and assigns of Lender
narios del Acreedor Hipotecario y del Deudor Hipotecario,

and Borrower, subject to the provisions of Para-
sujeto a las disposiciones del Párrafo 9(b). Los pactos y

graph 9 (b). Borrower's covenants and agreements
convenios del Deudor Hipotecario serán solidarios. Cualquier

shall be joint and several. Any Borrower who co-
Deudor Hipotecario que sea co-firmante de esta Hipoteca pero no

signs this Security Instrument but does not exe-
del Pagaré: (a) es co-firmante únicamente para hipotecar todo

cute the Note: (a) is co-signing this Security
su interés y derecho sobre la Propiedad, bajo los términos y

Instrument only to mortgage, grant and convey that
condiciónes contenidos en esta Hipoteca; (b) no queda perso-

Borrower's interest in the Property under the
nalmente obligado a pagar las sumas garantizadas por esta

terms of this Security Instrument; (b) is not
Hipoteca; y (c) pacta y conviene que el Acreedor Hipotecario

personally obligated to pay the sums secured by
y cualquier otro Deudor Hipotecario podrán acordar, prorro-

this Security Instrument; and (c) agrees that
gar, modificar, renunciar o llegar a cualquier otro arreglo

lender and any other Borrower may agree to extend,
sobre los términos de esta Hipoteca o del Pagaré, sin el con-

modify, forebear or make any accommodations with
sentimiento de dicho co-firmante de la Hipoteca. -------------------------

regard to the terms of this Security Instrument or
----------------------------------------------------------------------------------

the Note without that Borrower's consent. -------------------------------------
----------------------------------------------------------------------------------

---  13.  Notices.  Any  notice  to  Borrower  provided
---  13.  Notificaciónes.  Toda  notificación  al  Deudor  Hipote-

for in this Security Instrument shall be given by
carlo prevista en esta Hipoteca le será hecha mediante entrega

delivering it or by mailing it by First Class Mail
o por correo de Primera Clase, a menos que el derecho aplicable

unless applicable law requires use of another,
requiera el uso de otro método. La notificación le será diri-

method. The notice shall be directed to the Prop-
gida a la dirección de la Propiedad o a la que el Deudor Hipo-

erty address or any other address Borrower desig-
tecario haya designado mediante notificación al Acreedor Hipo-

nates by notice to Lender. Any notice to Lender
tecario. Cualquier notificación al Acreedor Hipotecario se

shall be given by First Class Mail to Lender's
hará por correo de Primera Clase a su dirección expresada en

address stated herein or any address Lender desig-
esta o a la que el Acreedor Hipotecario designe mediante

nates by notice to Borrower. Any notice provided
notificación al Deudor Hipotecario. Cualquier notificación

for in this Security Instrument shall be deemed to
prevista en esta Hipoteca se entenderá hecha al Deudor Hipo-

have been given to Borrower or Lender when given
tecario o al Acreedor Hipotecario cuando se haya hecho de la

as provided in this paragraph. ----------------------------------
manera dispuesta en este párrafo. -----------------------------

---14. **Governing Law; Severability.** This Secu-
---14. **Derecho Aplicable; Separabilidad.** Esta Hipoteca se

rity Instrument shall be governed by Federal Law
regirá por la ley Federal y las leyes del Estado Libre Asociado

and the laws of the Commonwealth of Puerto Rico.
de Puerto Rico. En la eventualidad de que cualquier disposi-

In the event that any provision or clause of this
ción o cláusula de esta Hipoteca o del Pagaré conflija con el

Security Instrument or the Note conflicts with
derecho aplicable, dicho conflicto no afectará las demás

applicable law, such conflict shall not affect
disposiciones de esta Hipoteca o del Pagaré que se puedan cum-

other provisions of this Security Instrument or
plir sin la disposición conflictiva. A estos fines las dispo-

the Note which can be given effect without the
siciones de esta Hipoteca y del Pagaré por la presente se

conflicting provision. To this end the provisions
declaran separables. --------------------------------------------

of this Security Instrument and the Note are
-----------------------------------------------------------------

declared to be severable. ----------------------
-----------------------------------------------------------------

---15. **Borrower's Copy.** Borrower shall be given
---15. **Copia para el Deudor Hipotecario.** Al Deudor Hipoteca-

one conformed copy of the Note and of this Secu-
rio se le entregará una copia concordante con esta escritura de

rity Instrument. -------------------------------------------------
Hipoteca. -------------------------------------------------------

16. **Hazardous Substances.** Borrower shall not
---16. **Sustancias Peligrosas.** El Deudor Hipotecario no cau-

cause or permit the presence, use, disposal, stor-
sará o permitirá la presencia, uso, distribución, almacen-

age, or release of any Hazardous Substances on or
miento, o emisión de cualquier sustancia peligrosa en la Pro-

in the Property. Borrower shall not do, nor allow
piedad. El Deudor Hipotecario no hará ni permitirá que otras

anyone else to do, anything affecting the Property
personas hagan nada que afecte la Propiedad en violación a

that is in violation of any Environmental Law
cualquier Ley Ambiental, lo expresado en las dos oraciones



The preceding two sentences shall not apply to the
anteriores no aplicará a la presencia, uso o almacenamiento en

presence use, or storage on the Property of small
la Propiedad de pequeñas cantidades de sustancias peligrosas.

quantities of Hazardous Substances that are gen-
que son generalmente reconocidas y apropiadas para usos resi-

erally recognized to be appropriate to normal
denciales y mantenimiento de la Propiedad. --------------------------------

residential uses and to maintenance of the

Property. --------------------------------------------------------------------

---Borrower shall promptly give Lender written
---El Deudor Hipotecario dará prontamente al Acreedor Hipote-

notice of any investigation, claim, demand, law-
cario notificación escrita de cualquier investigación, recla-

suit or other action by any governmental or regu-
mación, demanda, litigio u otra acción por cualquier agencia

latory agency or private party involving the Prop-
gubernamental o reguladora o persona particular que afecte

erty and any Hazardous Substance or Environmental
la Propiedad y cualquier sustancia peligrosa o Ley Ambiental

Law of which Borrower has actual knowledge. If
de la cual el Deudor Hipotecario tiene conocimiento. Si el

Borrower learns, or is notified by any govern-
Deudor Hipotecario se entera o se notificado por cualquier

mental or regulatory authority, that any removal
autoridad gubernamental o reguladora, que es necesario tomar

or other remediation of any Hazardous Substances
alguna acción remediativa o remover cualquier sustancia peli-

affecting the Property is necessary, Borrower
grosa que afecta la Propiedad; el Deudor Hipotecario tomará

shall promptly take all necessary remedial actions
prontamente todas las acciones necesarias de acuerdo a la

in accordance with Environmental Law. -----------------------------------
Ley Ambiental -----------------------------------------------------------------

--- As used in this Paragraph 16, "Hazardous Sub-
--- Tal como se usa en este Párrafo 16, "Sustancias Peligrosas"

stances" are those substances defined as toxic or
son aquellas sustancias definidas como toxicas o sustancias

hazardous substances by the Environmental Law and
peligrosas por la Ley Ambiental y las siguientes sustancias:

the following substances: gasoline, kerosene,
gasolina, kerosén, otras sustancias inflamables o tóxicas

other flammable or toxic petroleum products, toxic
derivadas de petróleo, insecticidas y herbicidas, solventes

pesticides and herbicides, volatile solvents,
volatiles, materiales que contienen asbestos o formaldehído y

materials containing asbestos or formaldehyde, and
materiales radioactivos. Tal como se usa en este Párrafo 16,

radioactive materials. As used in this Para-
"Ley Ambiental" significa leyes federales y leyes de la juris-

graph 16, "Environmental Law" means federal laws
dicción donde esta la Propiedad ubicada relacionadas con sani-

and laws of the jurisdiction where the Property is
dad, seguridad o protección ambiental. ------------------------------------

located that relate to health, safety or environ-
-------------------------------------------------------------------------------------------

mental protection. -------------------------------------------------------------
-------------------------------------------------------------------------------------------

---17. **Assignment of Rents.** Borrower uncondi-
---17. *Cesión de Rentas.* El Deudor Hipotecario incondicional-
tionally assigns and transfers to Lender all the
mente cede y transfiere al Acreedor Hipotecario todas las ren-

rents and revenues of the Property. Borrower
tas y créditos de la Propiedad. El Deudor Hipotecario autoriza

authorizes Lender or Lender's agents to collect
al Acreedor Hipotecario o sus agentes a cobrar las rentas y

the rents and revenues and hereby directs each
créditos y por la presente instruye a cada inquilino de la Pro-

tenant of the Property to pay the rents to Lender
piedad que pague las rentas al Acreedor Hipotecario o a sus

or Lender's agents. However, prior to Lender's
agentes. No obstante, antes de que el Acreedor Hipotecario

notice to Borrower of Borrower's breach of any
notifique al Deudor Hipotecario que' éste ha violado cualquier

covenant or agreement in the Security Instrument,
convenio o acuerdo contenido en la Hipoteca, el Deudor Hipote-

Borrower shall collect and receive all rents, and
cario cobrará y recibirá todas las rentas y créditos de la Pro-

revenues of the Property as trustee for the bene-
piedad como' fiduciario para beneficio del Acreedor y del Deudor

fit of Lender and Borrower. This assignment of
Hipotecario. Esta cesión de rentas constituye una cesión abso-

rents constitutes an absolute assignment and not
luta y no una cesión como garantía adicional únicamente. --------------

an assignment for additional security only. ------------------------------
-------------------------------------------------------------------------------------------

--- If Lender gives notice of breach to Borrower:
--- Si el Acreedor Hipotecario notifica una violación al Deudor

(a) all rents received by Borrower shall be held
Hipotecario: (a) todas las rentas recibidas por el Deudor

by Borrower as trustee for benefit of Lender only,
Hipotecario las retendrá únicamente en calidad de fiduciario

to be applied to the sums secured by the Security
para beneficio del Acreedor Hipotecario, para ser acreditadas a

Instrument; (b) Lender shall be entitled to col-
por esta las sumas garantizadas por esta Hipoteca; (b) el Acreedor Hipo-

lect and receive all of the rents of the Property;
tecario tendrá derecho a obrar y a recibir todas las rentas de



Puerto Rico Revised Form August 1996

und (c) each tenant of the Property shall pay all
la Propiedad; y (c) cada inquilino de la Propiedad pagará a

rents due and unpaid to Lender or Lender's agent
Acreedor Hipotecario o a sus agentes todas las rentas vencidas

on Lender's written demand to the tenant. ------------------------
y adeudadas con sólo mediar requerimiento escrito a esos

efectos. -------------------------------------------------------------

---Borrower has not executed any prior assignments
---El Deudor Hipotecario no ha hecho cesión de las rentas ni ha

of the rents and has not and will not perform any
ejecutado ni ejecutará ningún acto que impida al Acreedor Hipo-

act that would prevent Lender from exercising its
tecario ejercutar sus derechos bajo este Párrafo 17. -------------

rights under this Paragraph 17. ---------------------------------
---------------------------------

---Lender shall not be required to enter upon,
---Al Acreedor Hipotecario no se requerirá que entre, ni que

take control of or maintain the Property before or
tome control ni que dé mantenimiento a la Propiedad, ni antes

after giving notice of breach to Borrower. How-
ni después de notificar alguna violación al Deudor Hipotecario.

ever, Lender or a judicially appointed receiver
No obstante, el Acreedor Hipotecario o un síndico nombrado

may do so at any time there is a breach. Any
judicialmente podrá hacerlo en cualquier momento que exista una

application of rents shall not cure or waive any
violación. Cualquier aplicación de rentas no subsanará ningún

default or invalidate any other right or remedy of
incumplimiento ni invalidará ningún otro derecho o remedio del

Lender. This assignment of rents of the Property
Acreedor Hipotecario. Esta cesión de rentas de la Propiedad

shall terminate when the debt secured by the Secu-
terminará cuando la deuda garantizada por esta Hipoteca se

rity Instrument is paid in full. -------------------------------------
haya pagado en su totalidad. -------------------------------------

--- 18. **Foreclosure Procedure.** If Lender requires
--- 18. *Procedimiento de Ejecución.* Si el Acreedor Hipotecario

immediate payment in full under Paragraph 9,
requiere el pago total inmediato bajo el Párrafo 9, podrá invo-

Lender may invoke the power of sale and any other
car el poder de venta y cualesquiera otros remedios permitidos

remedies permitted by applicable law. Lender
por las leyes aplicables. El Acreedor Hipotecario tendrá dere-

shall be entitled to collect all expenses incurred
cho a cobrar todos los gastos incurridos en la consecución de

in pursuing the remedies provided in this Para-
los remedios provistos en este Párrafo 18, incluyendo, sin lim-

graph 18, including, but not limited to, reasona-
plicar limitación, honorarios de abogado razonables y los cos-

ble attorney's fees and cost of title evidence. --------
tos de evidencia de título. --------------------

--- If Lender invokes the power of sale, Lender
--- Si el Acreedor Hipotecario invoca el poder de venta, el

shall give notice of sale to Borrower in the
Acreedor Hipotecario dará notificación de la venta al Deudor

manner provided in Paragraph 13. Lender shall
Hipotecario en la forma estipulada en el Párrafo 13. El

publish and post the notice of sale, and the
Acreedor Hipotecario publicará y anunciará el aviso de venta, y

Property shall be sold in the manner prescribed by
la Propiedad se venderá en la forma estipulada por la ley

applicable law. Lender or its designee may pur-
aplicable. El Acreedor Hipotecario o persona designada puede

chase the Property at any sale. The proceeds of
comprar la Propiedad en cualquier venta. El producto de la

the sale shall be applied in the following order:
venta será aplicado en el siguiente orden: (a) a todos los

(a) to all expenses of the sale, including, but
gastos de la venta, incluyendo, pero no limitado a, . gastos

not limited to, reasonable attorney's fees; (b) to
razonables de abogado; (b) a todas las sumas garantizadas por

all sums secured by this Security Instrument; and
esta Hipoteca; y (c) cualquier exceso a la persona o personas

(c) any excess to the person or persons legally
que legalmente tengan derecho a ello. --------------------

entitled to it. --------------------------------------------
--------------------------------------------

---If the Lender's interest in this Security
---Si el interés del Acreedor Hipotecario en esta Hipoteca está

Instrument is held by the Secretary and the Secre-
En poder del Secretario y el Secretario requiere pago total de

tary requires immediate payment in full under
inmediato bajo el Párrafo 9, el Secretario puede invocar el po-

Paragraph 9, the Secretary may invoke the non-
der de venta no judicial estipulado en la Ley de Ejecución de

judicial power of sale provided in the Single
Hipoteca Unifamiliar de 1994 ("Ley") (12 U.S.C. § 3751 et seq.)

Family Mortgage Foreclosure Act of 1994 ("Act")
solicitando la ejecución a un comisionado designado bajo la Ley

(12 U.S.C. § 3751 et seq.) by requesting a fore-
para que comience la ejecución y venda la Propiedad según esti-

closure commissioner designated under the Act to
pulado en la Ley. Nada en la oración anterior privará al

commence foreclosure and to sell the Property as
Secretario de cualquier derecho de otra manera disponible al

provided in the Act. Nothing in the preceding
Acreedor Hipotecario bajo este Párrafo 18 o la ley aplicable.—

sentence shall deprive the Secretary of any rights
--------------------------------------------



otherwise available to a Lender under this Para-

graph 18 or applicable law. ------

---19. **Condominium Covenants.** If the Property is
---19. **Acuerdos para Régimen de Propiedad Horizontal.** Si la

a condominium unit, the following clause shall
Propiedad es una sometida al Régimen de Propiedad Horizontal,

apply, and any conflicting provision in this Secu-
aplicará la siguiente cláusula y cualesquiera disposición con-

rity Instrument shall be superseded. -------
flictiva en esta Hipoteca quedará sin efecto. ------

---A. So long as the Owners' Association of the
---A. Mientras el Consejo de Titulares del condominio ("La

condominium maintains, with a generally accepted
Junta") mantenga una póliza maestra con un asegurador general-

insurance carrier, a "master" or "blanket" policy
mente aceptado, asegurando toda la propiedad sujeta al régimen

insuring all property subject to the condominium
de Propiedad Horizontal, incluyendo todas las mejoras existen-

documents', including all improvements now existing
tes o que se erijan en el futuro sobre la Propiedad, y esa

or hereafter erected on the Property, and such
póliza es satisfactoria para el Acreedor Hipotecario y pro-

policy is satisfactory to Lender and provides
vee cubierta de seguro en las cantidades, por los plazos, y

insurance coverage in the amounts, for the
contra los riesgos requeridos por el Acreedor Hipotecario,

periods, and against the hazards Lender requires,
incluyendo fuego y otros riesgos comprendidos dentro del tér-

including fire and other hazards included within
mino "cubierta extendida", y pérdida por inundaciones hasta el

the term "extended coverage", and loss by flood,
máximo requerido por el Secretario, entonces: (i) el Acreedor

to the extent required by the Secretary, then:
Hipotecario renuncia a la disposición del Párrafo 2 de esta

(i) Lender waives the provision in Paragraph 2 of
Hipoteca para el pago mensual al Acreedor Hipotecario de una

this Security Instrument for the monthly payment
doceava parte de los pagos anuales de primas de seguro contra

to Lender of one-twelfth of the yearly premium
riesgo en la Propiedad, y (ii) la obligación del Deudor Hipo-

installment for hazard insurance on the Property,
bajo el Párrafo 4 de mantener cubierta de seguro contra riesgos

and (ii) Borrower's obligation under Paragraph 4
a la Propiedad se entiende satisfecha hasta el máximo que la

of this Security Instrument to maintain hazard
cubierta requerida es provista por la póliza de la Junta. El

insurance coverage on the Property is deemed sat-
Deudor Hipotecario dará pronto aviso al Acreedor Hipotecario

!sfied to the extent that the required coverage is
de cualquier interrupción de la cubierta de seguro contra

provided by the Owners' Association policy. Bor-
riesgo requerida y de cualquier pérdida causada por riesgo,

rower shall give Lender prompt notice of any lapse
En caso de distribución del producto del seguro contra ries-

in required hazard insurance coverage and of any
gos en lugar de la restauración o reparación después de una

loss occurring from a hazard. In the event of a
pérdida sufrida por la Propiedad, ya sea en la unidad en condo-

distribution of hazard insurance proceeds in lieu
minio o en los elementos comunes, cualquier cantidad pagadera

of restoration or repair following a loss to the
al Deudor Hipotecario queda por la presente cedida y será paga-

Property, whether to the Condominium unit or to
dera al Acreedor Hipotecario para aplicarse a las sumas asegu-

the common elements, any proceeds payable to Bor-
radas por esta Hipoteca y cualquier exceso será pagadero a

rower are hereby assigned and shall be paid to
quien legalmente tenga derecho al mismo. ------------------------------

Lender for application to the sums secured by this

Security Instrument, with any excess paid to the

entity legally entitled thereto. --------------------------------------------

---B. Borrower promises to pay all dues and
---B. El Deudor Hipotecario promete pagar su parte proporcio-

assessments imposed pursuant to the legal instru-
nal de los gastos comunes y derramas impuestos por la Junta,

ments creating and governing the Condominium
según dispuesto en los reglamentos del Condominio. -------------

Project. -------------------------------------------------------------------------

---C. If Borrower does not pay condominium dues
---C. Si el Deudor Hipotecario no paga sus cuotas de manteni-

and assessments when due, then Lender may pay
miento y derramas a su vencimiento, el Acreedor Hipotecario

them. Any amounts disbursed by Lender under this
podrá pagarlas. Cualquier suma desembolsada por el Acreedor

Paragraph C shall become additional debt of Bor-
Hipotecario bajo este Párrafo C se convertirá en una deuda

rower secured by this Security Instrument. Unless
adicional del Deudor Hipotecario asegurada por esta Hipoteca.

Borrower and Lender agree to other terms of pay-
A menos que el Deudor Hipotecario y el Acreedor Hipotecario

ment, these amounts shall bear interest from the
acuerden otros términos de pago, estas sumas devengarán interés

date of disbursement, at the Note's rate and shall
desde la fecha del desembolso al tipo establecido en el Pagaré

be payable, with interest, upon notice from Lender
y seran pagaderas, con intereses, tan pronto como el Acreedor

to Borrower requesting payment. ------------------------------------
Hipotecario haga requerimiento de pago. ------------------------------

---D. In this case Lender may also declare the
---D. En este caso el Acreedor Hipotecario puede también de-

total amounts owed by virtue of the Note and all
clarar inmediatamente vencida, exigible y pagadera la suma to-

of the amounts secured by this Security Instrument
tal adeudada por virtud del Pagaré y todas las cantidades

immediately due, demandable, and payable, if Bor-
garantizados por esta Hipoteca, si el Deudor Hipotecario no

rower fails to make the monthly payments of mort-
efectúa los pagos mensuales para la prima de seguro hipote-

gage insurance premium payable to the Secretary.—
cario pagaderos al Secretaries. -------------------------------

**FIFTH:** <u>Minimum Bidding Amount.</u> In compliance
**QUINTO:** <u>Tipo Mínimo en Subasta.</u> En cumplimiento de lo dis-

with the provision of Article One Hundred Seventy-
puesto en el Artículo Ciento Setenta y Nueve (179) de la Ley

Nine (179) of Act Number One Hundred Ninety-Eight
Número Ciento Noventa y Ocho (198), aprobada el día ocho (8) de

(198) approved on August eight (8), Nineteen Hun-
agosto de mil novecientos setenta y nueve (1979), por la pre-

dred Seventy-Nine (1979), it is hereby agreed that
sente se fija como tipo mínimo para la primera subasta, en caso

the minimum bidding amount for the first public
de ejecución, la cantidad de CIENTO TREINTA Y SEIS MIL CUATROCIENTOS
CINCUENTA Y UN DOLARES CON CERO CENTAVOS ($136,451.00) ------------

auction in case of foreclosure is fixed in the
--------------------------------------------------------------------

amount of ONE HUNDRED THIRTY SIX THOUSAND FOUR HUNDRED FIFTY ONE
DOLLARS AND ZERO CENTS ($136,451.00)--------------------------------

**SIXTH:** <u>Recording in the Registry of Property.</u>
**SEXTO:** Inscripción en el Registro de la Propiedad. El Deudor

Borrower expressly agrees with Lender that in the
Hipotecario conviene expresamente que de no poderse inscribir

event it is not possible to record this Mortgage
esta Hipoteca como Primer Gravamen Hipotecario, por cualquier

in the corresponding Registry of Property, for any
causa, con preferencia a cualquier otra deuda y sin defectos de

reason whatsoever, as a First Mortgage Lien,
clase alguna, dentro de un término que no excederá de sesenta

senior to any and every other lien and without any
(60) días contados desde este otorgamiento, la deuda se consi-

defects of any kind whatsoever, within a period
derará vencida en su totalidad y el Acreedor Hipotecario podrá

not exceeding sixty (60) days from the execution
proceder a su cobro por la vía judicial. ---------------------------
of this Mortgage, the debt shall become totally

due and Lender may proceed to its judicial collec-
--------------------------------------------------------------------

                          Puerto Rico Revised Form August 1996

tion. ------------------------------------------------------------

SEVENTH: <u>Mortgage and Note: Interpretation</u>. The
SÉPTIMO: <u>Hipoteca y Pagaré: Interpretación</u>. Esta Hipoteca y

Mortgage and the Note have been originally drafted
el Pagaré han sido originalmente redactados en el idioma inglés

in English and the interpretation of their texts
y la interpretación de sus textos en este idioma prevalecerá

in this language shall prevail over their Spanish
sobre su traducción al español. ------------------------------------------------------------

translations. ------------------------------------------------------------
------------------------------------------------------------

EIGHT: <u>Description and Registration Data of the</u>
OCTAVO: <u>Descripción y Datos de Inscripción de la Propiedad</u>

Property. ------------------------------------------------------------
------------------------------------------------------------

—URBANA: Solar marcado con el número treinta (30) del Bloque
"A" del Plano de Inscripción de la Urbanización Turabo Gardens
situada en el Barrio Cañaboncito de Caguas, Puerto Rico, con una
cabida superficial de trescientos treinta y siete punto cincuenta
(337.50) metros cuadrados, en lindes por el Norte, en veinticinco
punto cero cero (25.00) metros con el solar número veintinueve
(29), por el Sur, en veinticinco punto cero cero (25.00) metros con
el solar número treinta y uno (31), por el Este, en trece punto
cincuenta (13.50) metros con la calle número treinta y dos (32) y
por el Oeste, en trece punto cincuenta (13.50) metros con el solar
número treinta y siete (37). Enclava casa. ------------------------------------------------------------

—Consta inscrita la finca número veinticuatro mil cuarenta y tres
(24043) al folio cuarenta y dos (42) del tomo setecientos treinta y
nueve (739) de Caguas, inscripción primera; folio cuarenta y tres
(43) vuelto del tomo setecientos treinta y nueve (739) de Caguas,
inscripción segunda y última, Registro de la propiedad de Caguas,
Sección I. ------------------------------------------------------------

----<i>La propiedad se halla afecta por sí:</i> LIBRE DE CARGAS. ------------------

------------------------------------ WARNING ------------------------------------
------------------------------------ ADVERTENCIA ------------------------------------

—The Notary states that he has advised the appearing party (ies) that, if the
—El Notario hace constar el haber advertido al (los) compareciente (s) que, de estar la

property objecto of this deed is subject to any mortgage liens with priority over
propiedad objeto de esta escritura sujeta a algún gravámen hipotecario con prioridad

this mortgage , acording to the agreement with the financing institution and
la hipoteca constituida mediante esta escritura, según lo acordado con la institución

the requirement of Regulation Number 5337 approved by the Office of the
financiera y requerido por el Reglamento 5337 promulgado por la Oficina del

Commissioner for Financial Institutions, the financing institution must retain
Comisionado de Instituciones Financieras, la institución financiera deberá retener de los

from the funds generated by this mortgage loan a balance suffient to pay
fondos generados por el préstamo garantizado por esta hipoteca un balance suficiente

and canel said lien (s); that there is (are) a (some) check (s) which said
para saldar y cancelar dicho(s) gravamen(es); que existe(n) un(os) cheque(s) el(los)

Regulation Number 5337 requires the financing institution to remit to said
cual(es) dicho Reglamento Número 5337 requiere que la institución financiera remita a

creditor (s) within the next five (5) working days after the execution of this
(los) acredor(es) correspondiente(s) dentro de los próximos cinco (5) días laborables

deed, in order to obtain the cancellation of said lien(s); although there is no
para la cancelación de tal(es) gravamen(es) aunque esto no constituye una garantía

guaranty that this will be done; that the owner of the property being
de que ello así será hecho; que el dueño de la propiedad hipotecada mediante esta

mortgaged pursuant to this deed has the right to require that such lien (s) be
escritura tiene el derecho a exigir que tal(es) gravamen(es) sea(n) cancelado(s) en el

cancelled concurrently with this financing, and that if said owner voluntarily
mismo acto de este financiamiento, y que de renunciar voluntariamente a ese derecho

waives such right the appearing parties have been advised and are aware
el(los) compareciente(s) queda(n) y está(n) consciente(s) de los riesgos

of the risks and consequences if such lien(s) are not cancelled; that
y consecuencias de que dicho(s) gravamen(es) no sea(n) cancelado(s); que el

Regulation 5337 also requires said creditor(s) to notify the mortgagor(s) not
Reglamento 5337 también requiere a dicho(s) acreedor(es) informar al(los) deudor(es)

later than thirty (30) working days after receipt of said payment; and that
dentro de treinta (30) días laborables de haber recibido dicho(s) pago (s);

under the provisions of the Truth in Lending Act, ins such cases as these
y que bajo las disposiciones del Truth in Lending Act, en los casos que éstas

provisions are applicable, the financing institution has no obligation to
disponen sean aplicables, la institución financiera no tiene obligación de

disburse any of the proceeds of the loan secured by this mortgage until, in
desembolsar todo ni parte del préstamo garantizado por esta hipoteca hasta que, en los------
--------------------------------------------------------------------------------

the appropriate cases, the mortgage shall waive such right to rescind or
casos apropiados, el deudom hipotecario renuncia al derecho de rescindir o hasta haber

un til the period allowed for such recision has expired. These warnings having
transcurrido el período durante el cual él tiene el derecho de rescindir, el préstamo.

been made the appearing party(ies) have waived the right to require that
Hechas estas advertencias, el(los) compareciente(s) ha(n) renunciado el derecho de

said lien(s) be cancelled concurrently with this act. --------------------------------------
gravamen(es) sea(n) cancelado(s) en este mismo acto. --------------------------------------

NINTH:    Borrower    (Notary's    Personal    Knowledge    or

NOVENO:    Deudor    Hipotecario    (Fe    Notarial    de    Conocimiento    Perso-

Form of Identification. -----------------------------------------------------------

nal o Identificación). -----------------------------------------------------------

--- JOAN SANTIAGO SANTOS, mayor de edad, soltera, propietaria y vecina de Caguas, Puerto Rico.--------------------------------------------

--Yo, el Notario, doy fe de que conozco personalmente a la compareciente.--------------------------------------------

-- JOAN SANTIAGO SANTOS, of legal age, unmarried, property owner and resident of Caguas, Puerto Rico. --------------------------------------------

---I, the Notary, give faith that I personally know the parties appearing herein. --------------------------------------------

--------------------------------------------

TENTH:    <u>Lender   (Notary's   Personal   Knowledge   or</u>

DECIMO:    <u>Acreedor   Hipotecario   (Fe   Notarial   de   Conocimiento</u>

<u>Form   of   Identification).</u>    Lender  is  -------------

<u>Personal   o   Identificación).</u>    El  Acreedor  Hipotecario  es  ------



--*HISPANIA FINANCIAL SERVICES CORP.*, a Financial Institution organized and existing under the laws of the Commonwealth of Puerto Rico, offices in Caguas, Puerto Rico, represented by Luis René Márquez Santana, of legal age, married, executive and resident of Caguas, Puerto Rico, to me the Notary personally know, who is authorized to appear in this deed by Certified Corporate Resolution dated July twenty five (25) two thousand five (2005). --------------------------------------------

ELEVENTH:    <u>Homestead   Right  :   Waiver</u>.    To    further
UNDECIMO:   <u>Hogar  Seguro:  Renuncia</u>.  Para  mayor  garantía  de pago

secure  payment  of  the  Note,  Borrower,  in conformity  with  the  laws  of the
del    Pagaré,  el   Deudor  Hipotecario,  de   conformidad   con  las   leyes

Commonwealth  of  Puerto  Rico,  expressly   waives  in  favor  of  Lender  his
del  Estado  Libre  Asociado  de  Puerto  Rico,  expresamente renuncia a  favor

homestead  and  property  rights,  with  all  of  the  uses  and  rights  which
del  Acreedor  Hipotecario  su  derecho de hogar  seguro sobre  la  Propiedad con todos-

he   presently  possesses   or  may   in   the   future  possess  therein,
los  usos  y  derechos  que en la  actualidad  posee  o  que  pueda poseer  en  el  futuro, -



expressly waiving in favor of Lender all of his titles, rights-
expresamente renunciando a favor del Acreedor Hipotecario todos sus títulos,

and interests of any kind or description in the
derechos e intereses de cualquier clase o descripción en la Propiedad y en los

Property and in the buildings constructed thereon,which he presently possesses or
edificios en ella construidos, que actualmente o en el futuro posea. -
may in the future possess.-----------------------------------------------------------------------
------------------------------------------------------------------------------------------------------
--------------------------------------- ACCEPTANCE ---------------------------------------
--------------------------------------- ACEPTACION ---------------------------------------

---The appearing parties, Lender and Borrower, accept this Deed in
---Los comparecientes, Acreedor y Deudor Hipotecario, aceptan esta Escritura en

its entirely and I, the Notary, made to the appearing parties the necessary legal ---
su totalidad y Yo, el Notario, les hice las advertencias legales pertinentes a su ---

warnings concerning its execution. I,the Notary, advised the appearing parties as --
otorgamiento. Yo, el Notario, advertí a los comparecientes de su derecho a tener--

to their right to have witnesses present at this execution, which right they waived.
testigos presentes en este otorgamiento, a cuyo derecho renunciaron. Luego de ---

The appearing parties, having read this Deed in its entirely,fully ratify and confirm
haber sido leída esta Escritura por los comparecientes, la ratifican totalmente y

the statements contained herein as the true and exact embodiment of their-----------
confirman que las declaraciónes contenidas en la misma reflejan fiel y exacta----

stipulations, covenants and agreements, whereupon the appearing parties sign this-
mente sus estipulaciónes, pactos y convenios, por lo que los comparecientes -----

Deed before me, the Notary, and place their initials on each and every page of this
firman esta Escritura ante mí, el Notario, y escriben sus iniciales en todas y cada una
Deed. ------------------------------------------------------------------------------------------
de sus páginas. -----------------------------------------------------------------------------

---I, the Notary, do hereby certify and attest as to everything stated or contained in this--
---Yo, el Notario , por la presente certifico y Doy Fe de todo lo declarado y contenido---

Deed. -----------------------------------------------------------------------------------------
en esta Escritura. ---------------------------------------------------------------------------
------------------------------------------------------------------------------------------------
------------------------------------------------------------------------------------------------
------------------------------------------------------------------------------------------------

Puerto Rico Revised Form August 1996

—This transaction is subject to Law number one hundred thirty two (132) of the second of September of two thousand ten (2010), known as the Law to Stimulate the Market of Real Property so the exemption for the payment of stamps of internal revenue and vouchers applies according to the law and based on the information provided by the appearing parties. ---------------------------------------------------------------------------------------

—I, the Notary, do hereby certify and attest as to everything stated or contained in this Deed. ------------------------------------------------------------------------------------------------------

—Esta transacción está sujeta a las disposiciones de la ley número ciento treinta y dos (132) de dos (2) de septiembre de dos mil diez (2010), conocida como la Ley de Estímulo al Mercado de Propiedades Inmuebles por lo que le aplica la excención al pago de cargos por concepto de sellos de rentas internas y comprobantes conforme a lo que establece la misma y basado en las representaciones de los otorgantes. -----------------------------------

—Yo, el Notario, por la presente certifico y Doy Fe de todo lo declarado y contenido en esta Escritura. ------------------------------------------------------------------------------------------

Certifico: Que este documento es copia simple de la escritura de _primera hipoteca_ otorgada, que fue presentada para inscripción.

Page 31 of 31 pages





ESTUDIO

| | | |
|---|---|---|
| <u>CLIENTE</u> | : CARIBBEAN LEGAL ADVISORS, LLC | 480,425 |
| <u>RE</u> | : JOAN SANTIAGO SANTOS/ | |
| | NAYLEEN RIVERA/ SERVICING/ | |
| <u>FINCA</u> | : Número 24,043, inscrita al folio 41 del tomo 739 de Caguas. | |
| | Registro de la Propiedad de Puerto Rico, Sección I de Caguas. | |

## DESCRIPCIÓN:

**URBANA:** Solar marcado con el número treinta del Bloque A del plano de inscripción de la urbanización Turabo Gardens, situada en el Barrio Cañaboncito de la municipalidad de Caguas, Puerto Rico, con una cabida superficial de trescientos treinta y siete metros cuadrados con cincuenta centímetros en lindes por el **NORTE**, en veinticinco metros con el solar número veintinueve; por el **SUR** en veinticinco metros con el solar número treinta y uno; por el **ESTE**, en trece metros cincuenta centímetros con la calle número treinta y dos; y por el **OESTE**, en trece metros cincuenta centímetros con el solar número treinta y siete. Contiene una casa de concreto reforzado para una familia.

## ORIGEN REGISTRAL:

Se segrega de la finca número 23,791, inscrita al folio 153 del tomo 731 de Caguas.

## PLENO DOMINIO:

Consta inscrito al tomo Karibe de Caguas, a favor de **Joan Santiago Santos, soltera**, quien lo adquirió por compraventa a Arcadia Rivera Ruíz, soltera, por el precio de $140,000.00, mediante la escritura número 111, otorgada en Caguas, Puerto Rico, el día 25 de mayo de 2011, ante el notario Fernando M. Rabell Echegaray, finca número 24,043, inscripción 32ª.

Sujeta a condiciones de subsidio a través del Programa Mi Nuevo Hogar, quien concedió a la parte compradora la suma de $6,750.00 para sufragar gastos de cierre. No podrá vender, arrendar, donar, permutar o de otro modo transferir sin el previo consentimiento de la Agencia para el Financiamiento de la Vivienda de Puerto Rico, por el término de 10 años.

## GRAVÁMENES:

i. Por su procedencia esta afecta a:

    a. Servidumbre a favor de la Autoridad de Acueductos y Alcantarillados de Puerto Rico.

    b. Servidumbre a favor de la Autoridad de Fuentes Fluviales de Puerto Rico.

    c. Servidumbre a favor del Municipio de Caguas.

    d. Servidumbre a favor de la Autoridad de Comunicaciones de Puerto Rico.

    e. Condiciones restrictivas sobre edificación y uso.

Continuación...
Finca número 24,043

ii. Por sí esta afecta a:

>    Hipoteca en garantía de un pagaré a favor de Hispana Financial Services Corporation, o a su
>    orden, por la suma principal de $136,451.00, con intereses al 4.5% anual, vencedero el día 1
>    de junio de 2041, constituida mediante la escritura número 112, otorgada en Caguas, Puerto
>    Rico, el día 25 de mayo de 2011, ante el notario Fernando M. Rabell Echegaray, finca
>    número 24,043, inscripción 4ᵉ y última.

## REVISADOS:

Registro de Embargos del ELA, incluyendo los de la Ley número 12 del día 20 de enero de 2010;
Contribuciones Federales; Sentencias; Bitácora Ágora; Electrónica y Sistema Karibe. (11:15AM)

**NOTA: Esta Sección tiene establecido un sistema computadorizado de Bitácoras. No nos
hacemos responsables por errores y/u omisiones que cometa el Empleado del Registro en la
entrada y búsqueda de datos en el mismo.**

This document is not a commitment to insure nor a Title Insurance Policy and should not be relied upon as such. For protection, Purchaser and Lender
should require a Title Insurance Policy. If this document is used by someone other than the party requesting it, said person does so assuming any and
all risks and liabilities. No title company other than the Title Security, Inc., is authorized to rely on this title study to issue a Title Insurance
Commitment and/or Policy. Capital Title Services, Inc., is not liable to other title companies for error or omissions in this title report. ANY TITLE
COMPANY OTHER THAN THE TITLE SECURITY GROUP, INC. THAT RELIES ON THIS TITLE STUDY TO ISSUE A TITLE COMMITMENT
AND/OR INSURANCE POLICY DOES SO ASSUMING ANY AND ALL RISKS AND LIABILITIES. THE LIABILITY OF CAPITAL TITLE
SERVICES, INC. IN CONNECTION WITH THIS TITLE REPORT IS LIMITED TO THE AMOUNT PAID FOR THIS TITLE REPORT ONLY WITH
RESPECT TO THE CLIENT REFERRED TO IN THE HEADER OF THIS TITLE REPORT.

Este documento no es un compromiso para asegurar ni una póliza de Seguro de Título, por lo cual no ofrece seguridad alguna. Para obtener
protección, debe requerir una póliza de Seguro de Título. Si este documento es utilizado por alguien que no sea el solicitante, lo hace bajo su propio
riesgo y responsabilidad. Ninguna compañía de título que no sea The Title Security Group, Inc. está autorizada a utilizar este estudio para expedir una
póliza de seguro de título. Capital Title Services, Inc., no es responsable ante otras compañías de título por errores u omisiones en este estudio de
título. TODA COMPAÑÍA QUE NO SEA THE TITLE SECURITY GROUP, INC. QUE UTILICE ESTE ESTUDIO DE TÍTULO PARA EXPEDIR
UNA POLIZA DE SEGURO DE TITULO, LO HACE BAJO SU PROPIO RIESGO Y RESPONSABILIDAD. LA RESPONSABILIDAD DE
CAPITAL TITLE SERVICES, INC., ESTA LIMITADA A LA CANTIDAD PAGADA POR EL ESTUDIO DE TITULO Y SOLO CON RESPECTO AL
CLIENTE DE REFERENCIA EN EL ENCABEZADO DE ESTE ESTUDIO DE TITULO.

**Capital Title Services, Inc.**

**POR:** *Ramón F. Gómez Marcos*
19 de noviembre de 2019
JR/ndm/f

 **First Bank**

 Exhibit IV

## STATEMENT OF ACCOUNT

Attorney                                **Martinez & Torres**

| | | | | |
|---|---|---|---|---|
| Loan Number | 0903 | | Date: | 1/31/2024 |
| | | Type | FHA | |
| Debtors: | | | | |
| | | JOAN SANTIAGO-SANTOS | | |

| | | | | |
|---|---|---|---|---|
| Bankruptcy Case | 19-07484 | Chapt: | 13 | Filing Date: | 12/23/2019 |
| Total Months Due: | 20 | Pre-Pet Due | 0 | Post Due | 20 |

Post-Petition Arrears:    Months Due  5-22,6-22,7-22,9-22,10-22,11-22,1-23 a 2-24

| | | | |
|---|---|---|---|
| 20 | Payments @ | $802.76 | $16,055.20 |
| | Payments @ | | $0.00 |
| | Payments @ | | $0.00 |
| 19 | Late Charge @ | $27.66 | $525.54 |
| Suspense | | | $0.00 |
| Attorney Fees | | | $1,050.00 |
| Attorney Cost | | | $94.03 |
| Pending L/C | | | $1,073.62 |
| Filing Fees | | | $199.00 |
| | | Total: | $18,997.39 |

Principal Balance        $105,833.03

> **Note:**
> All re-installment payments must include up to the current month, legal fees and late charges.

I, the undersigned, declare under penalty of perjury that the amounts claimed by Movant in the foregoing Request for Lift of Stay, represent accurately the information kept in accounting books and records by Movant in the ordinary course of business. I further declare under penalty of perjury that I have read the foregoing Motion from the Automatic Stay and that the facts alleged are true and correct to the best of my knowledge.

Evelyn Cruz
Bankruptcy Analyst



Status Report
Pursuant to Servicemembers Civil Relief Act



**Exhibit V**

SSN:              XXX-XX-5554
Birth Date:
Last Name:     SANTIAGO  SANTOS
First Name:    JOAN
Middle Name:
Status As Of:   Feb-05-2024
Certificate ID:  TVMN03N1KRLHQKT

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date | | | |

| Left Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date | | | |

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty | | | |

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, Space Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty.

*Sam Yousefzadeh*

Sam Yousefzadeh, Director
Department of Defense - Manpower Data Center
4800 Mark Center Drive, Suite 04E25
Alexandria, VA 22350

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense (DoD) that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Servicemembers Civil Relief Act (50 USC App. § 3901 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced only a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual was on active duty for the active duty status date, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service. Service contact information can be found on the SCRA website's FAQ page (Q35) via this URL: https://scra.dmdc.osd.mil/scra/#/faqs. If you have evidence the person was on active duty for the active duty status date and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. § 3921(c).

This response reflects the following information: (1) The individual's Active Duty status on the Active Duty Status Date (2) Whether the individual left Active Duty status within 367 days  preceding the Active Duty Status Date (3) Whether the individual or his/her unit received early notification to report for active duty on the Active Duty Status Date.

## More information on "Active Duty Status"

Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d) (1).  Prior to 2010 only some of the active duty periods less than 30 consecutive days in length were available.  In the case of a member of the National Guard, this includes service under a call to active service authorized by the President or the Secretary of Defense under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds.  All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support.  This includes Navy Training and Administration of the Reserves (TARs), Marine Corps Active Reserve (ARs) and Coast Guard Reserve Program Administrator (RPAs).  Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps).

## Coverage Under the SCRA is Broader in Some Cases

Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate.  SCRA protections are for Title 10 and Title 14 active duty records for all the Uniformed Services periods.  Title 32 periods of Active Duty are not covered by SCRA, as defined in accordance with 10 USC § 101(d)(1).

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction.  The Last Date on Active Duty entry is important because a number of protections of the SCRA extend beyond the last dates of active duty.

Those who could rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected

WARNING: This certificate was provided based on a last name, SSN/date of birth, and active duty status date provided by the requester.  Providing erroneous information will cause an erroneous certificate to be provided.