# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF PUERTO RICO
## MINUTES OF HEARING

***Hearing Information***

| | | | |
|---|---|---|---|
| **Debtor(s):** | JOAN SANTIAGO SANTOS | **Case Number:** | 19-07484-EAG13 |
| | | **Chapter:** | 13 |
| **Date / Time / Room:** | 03/05/2024 at 1:30 PM | **Courtroom:** | Microsoft Teams Video & Audio Conferencing and/or |
| **Bankruptcy Judge:** | Hon. EDWARD A GODOY | **Reporter/ECR:** | JOSE ROMO |
| **Courtroom deputy:** | MARTA BORREGO | | |

***Matter:***
Motion for Relief From Stay Under 362 [e] filed by FIRST BANK PUERTO RICO Collateral: MORTGAGE. Post Petition Arrears: $18,997.39 (docket #33) and Debtor's reply (docket #38)

***Appearances:***

☐ Debtor   ☐ Trustee:

☒ Debtor's Attorney: R. Figueroa   ☒ Creditors/Others: Sarah Vega

**Proceedings and ORDER:**

☒ Upon debtor's consent, the instant motion is granted, and the stay is hereby lifted in favor of movant.
**SO ORDERED.**

/S/ EDWARD A. GODOY
U.S. Bankruptcy Judge